# In The United States Court of Federal Claims

Cover Sheet **06-683 C**

Plaintiff(s) or Petitioner(s)

General Injectables & Vaccines, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark J. Biros*

Firm Name: Proskauer Rose LLP

Post Office Box:

Street Address: 1001 Pennsylvania Ave., NW, Ste. 400S

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: 202.416.6800; 202.416.6899 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☒ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 4 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: ☐ 0 ☐ (Centers for Disease Control and Prevention)

See attached sheet for three-digit codes.

Amount Claimed: $ N/A

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ 100,000,000.00

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

*Application for admission pending in accordance with Appendix C, paragraph 25 of the Rules of the United States Court of Federal Claims.