**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the United States Court of Federal Claims, counsel for Plaintiff General Injectables & Vaccines, Inc. hereby notifies the Court that Plaintiff's parent company is Henry Schein, Inc., which is publicly traded on the NASDAQ stock exchange. No other publicly traded company owns ten percent or more of Plaintiff's stock.

Dated: October 2, 2006

Respectfully submitted,

By: ____________________

Mark J. Biros*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Attorney of Record for Plaintiff*
*General Injectables & Vaccines, Inc.*

* Application for admission to be filed in accordance with appendix C, paragraph 25 of the Rules of the United States Court of Federal Claims.