**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the United States Court of Federal Claims, Plaintiff General Injectables & Vaccines, Inc. ("GIV") hereby moves this Court for a temporary restraining order and preliminary injunction. As set forth more fully in the attached Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, GIV asks this Court to issue an order invalidating the Centers for Disease Control and Prevention's ("CDC's") decision to override a pre-contract-award stay implemented in accordance with the Competition in Contracting Act. Alternatively, GIV asks this Court to issue an order enjoining CDC from beginning or continuing performance under the contract awarded pursuant to CDC Solicitation No. 2006-N-08248, until such time as the Government Accountability Office ("GAO") resolves GIV's pending bid protest. GIV has been informed that it will receive a decision from GAO no later than November 16, 2006.

As required by appendix C, paragraph 2 of the Rules of the United States Court of Federal Claims, undersigned counsel for GIV certifies that on October 2, 2006, he caused true and correct copies of Plaintiff's Complaint for Declaratory and Injunctive Relief, RCFC 7.1

Disclosure Statement, the instant motion and memorandum of points and authorities in support thereof, as well as all exhibits thereto, to be transmitted via facsimile to the Commercial Litigation Branch of the United States Department of Justice and to counsel for McKesson Specialty Distribution, LLC. Although not specifically required by the Rules of this Court, undersigned counsel also transmitted a copy of the foregoing documents via facsimile to Elise Harris, Assistant Regional Counsel, Department of Health and Human Services, who has represented CDC in GIV's bid protest pending before GAO.

Dated: October 2, 2006

Respectfully submitted,

By: ________________

Mark J. Biros*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
mbiros@proskauer.com

*Attorney of Record for Plaintiff General Injectables & Vaccines, Inc.*

*Of counsel:*

Lawrence Z. Lorber
James F. Segroves
Meredith C. Bailey
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

Gilbert J. Ginsburg
LAW OFFICES OF
GILBERT J. GINSBURG
1250 24th Street, NW
Suite 350
Washington, DC 20037
202.776.7772
202.776.7773 (fax)

* Application for admission to be filed in accordance with appendix C, paragraph 25 of the Rules of the United States Court of Federal Claims.