**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **GENERAL INJECTABLES & VACCINES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,** | **Civil Action No. 06-683**<br>**(Judge Bruggink)**<br><br>**Electronically Filed on October 3, 2006**<br><br>**MCKESSON SPECIALTY DISTRIBUTION LLC'S DISCLOSURE STATEMENT, FILED PURSUANT TO RCFC 7.1** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned, certifies that McKesson Specialty Distribution LLC is a nongovernmental corporate party organized and existing under the laws of the State of Delaware. McKesson Specialty Distribution LLC is a wholly-owned subsidiary of McKesson Corporation. McKesson Corporation is a publicly traded corporation. No other publicly held corporation owns 10% or more of McKesson Specialty Distribution LLC's stock

Dated this 3rd day of October 2006.

Respectfully Submitted,

s/ Joshua K. Chandler
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-2306
Fax: (202) 637-2201
Joshua.Chandler@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 3rd day of October, 2006, a copy of the foregoing McKesson Specialty Distribution LLC's Corporate Disclosure Statement was sent via First Class Mail, postage prepaid to:

Delisa Sanchez
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W.
Room 7014
Washington, D.C. 20530

Mark J. Biros
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, D.C. 20004-2533

Respectfully Submitted,

Kyle R. Jefcoat
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
Direct Dial: (202) 637-2152
Fax: (202) 637-2201
Kyle.Jefcoat@lw.com