# In the United States Court of Federal Claims

No. 06-683
(Filed: October 3, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
GENERAL INJECTABLES &
VACCINES, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

MCKESSON SPECIALTY
DISTRIBUTION LLC,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held on October 3, 2006, the Court hereby orders the following schedule:

1. The Government shall file the Administrative Record on or before Friday, October 6, 2006 at 5:00 PM EST.

2. Defendant's Response and Cross-Motion and Intervenor's Response and Cross-Motion to Plaintiff's Complaint and Motion for Declaratory and Injunctive Relief are due Friday, October 13, 2006 by 5:00 PM EST.

3. Plaintiff's Reply to Defendant's Response and Cross-Motion and Intervenor's Response and Cross-Motion is due Wednesday, October 18, 2006 by 5:00 PM EST.

4. Oral Argument shall be heard Monday, October 23, 2006 at 2:00 PM EST, National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for plaintiff, defendant, and intervenor shall appear in person.

McKesson Specialty Distribution LLC's unopposed motion to intervene is granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge