IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | |
| Plaintiff, | |
| v. | |
| UNITED STATE OF AMERICA, | No. 06-683 |
| Defendant, | (Judge Eric G. Bruggink) |
| and | |
| MCKESSON SPECIALTY DISTRIBUTION, LLC, | |
| Defendant-Intervenor. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Delisa M. Sánchez as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Delisa M. Sánchez
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: October 6, 2006
Electronically Filed

/s/ Delisa M. Sanchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0337
Telecopier: (202) 305-7643

CERTIFICATE OF FILING

I hereby certify that on October 6, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
Delisa M. Sánchez