IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

GENERAL INJECTABLES & VACCINES, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant,

and

MCKESSON SPECIALTY DISTRIBUTION, LLC,

Defendant-Intervenor.

No. 06-683C

(Judge Eric G. Bruggink)

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), the Court's Order dated October 3, 2006, and the defendant's unopposed motion for leave to file the administrative record on CD-ROM, defendant provides notice that it is filing the administrative record regarding plaintiff's protest. The administrative record is contained on a CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0337
Facsimile: (202) 305-7643

OF COUNSEL:

ELISE HARRIS
Assistant Regional Counsel
U.S. Department of Health and
Human Services
61 Forsyth Street, S.W.
Suite 5M60
Atlanta, GA 30303

October 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of October, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ