IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| **GENERAL INJECTABLES & VACCINES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MCKESSON SPECIALTY DISTRIBUTION LLC,**<br><br>**Intervenor** | **Civil Action No. 06-683**<br>**(Judge Bruggink)**<br><br>**Electronically Filed on October 10, 2006** |

**INTERVENOR MCKESSON SPECIALTY**
**<u>DISTRIBUTION LLC'S MOTION FOR SUBSTITUTION</u>**

Pursuant to Rule 83(C)(4) of the Rules of the United States Court of Federal Claims ("RCFC"), Intervenor, McKesson Specialty Distribution LLC ("McKesson Specialty") respectfully moves for substitution of a new attorney of record. The attorney of record for McKesson Specialty should be switched from Mr. David R. Hazelton to Mr. Donald M. Remy. Service of all papers by opposing parties should be addressed as follows:

Donald M. Remy
Latham & Watkins LLP
555 Eleventh Street N.W., Suite 1000
Washington, DC 20008

Mr. David R. Hazelton hereby consents to this substitution of attorney of record.

David R. Hazelton

by Kyle R. Jefcoat

Dated: October 10, 2006

Respectfully Submitted,

Donald M. Remy (Counsel of Record)
David R. Hazelton
Kyle R. Jefcoat
Joshua K. Chandler
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
Donald.Remy@lw.com
David.Hazelton@lw.com
Kyle.Jefcoat@lw.com
Joshua.Chandler@lw.com

Attorneys for McKesson Specialty Distribution, LLC

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **GENERAL INJECTABLES & VACCINES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MCKESSON SPECIALTY DISTRIBUTION LLC,**<br><br>**Intervenor** | **Civil Action No. 06-683**<br>**(Judge Bruggink)**<br><br>**Electronically Filed on October 10, 2006** |

**AFFIDAVIT IN SUPPORT OF INTERVENOR MCKESSON SPECIALTY DISTRIBUTION LLC'S MOTION FOR SUBSTITUTION**

I, Donald M. Remy, being first duly sworn upon my oath, depose and state as follows:

My name is Donald M. Remy. I am over eighteen (18) years of age, of sound mind, in all respects qualified to make this Affidavit. I am an attorney with Latham & Watkins, LLP. McKesson Specialty Distribution LLC has appointed me as the attorney of record in the above-captioned matter replacing Mr. David Hazelton who had previously been appointed attorney of record.

FURTHER AFFIANT SAYETH NAUGHT

Donald M. Remy
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
Donald.Remy@lw.com

STATE OF WASHINGTON, DC
) ss.
COUNTY OF DISTRICT OF COLUMBIA )

On this 10th day of October, 2006, before me personally appeared DONALD M. REMY known to me to be the person described herein and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

In testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

NOTARY PUBLIC

My Commission Expires:

My Commission Expires September 30, 2007

[SEAL]

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006, a copy of the foregoing Motion for Substitution and Affidavit in Support of Intervenor's Motion for Substitution were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Joshua K. Chandler
Joshua K. Chandler