**EXHIBIT 1**

**Plaintiff's Motion to Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States*,**
**No. 06-683C (Judge Eric G. Bruggink)**

**Proposed Order**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant, and MCKESSON SPECIALTY DISTRIBUTION LLC, Intervenor. | No. 06-683C (Judge Eric G. Bruggink) |

**ORDER**

Upon consideration of Plaintiff General Injectables & Vaccines, Inc.'s Motion to Supplement the Administrative Record, it is this ____ day of ________________, 2006,

**ORDERED** that the declarations and exhibits submitted in support of Plaintiff's October 2, 2006 Motion for a Temporary Restraining Order and Preliminary Injunction be and hereby are allowed to supplement to the administrative record in this case.

**SO ORDERED**.

______________________
ERIC G. BRUGGINK
Judge