IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

GENERAL INJECTABLES & VACCINES, INC., Plaintiff,

v.

UNITED STATES OF AMERICA, Defendant,

and

MCKESSON SPECIALTY DISTRIBUTION, LLC, Defendant-Intervenor.

No. 06-683C

(Judge Eric G. Bruggink)

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a four day (two business days) enlargement of time, to and including October 17, 2006, within which to file our response to plaintiff's memorandum of points and authorities in support of plaintiff's motion for a temporary restraining order and preliminary injunction. Our brief is currently due today, October 13, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff states that he does not oppose our request as long as the Court's order granting our request simultaneously extends plaintiff's deadline to file its reply brief to and including October 20, 2006. Defendant-Intervenor consents to this request and, for some of the same reasons we state below, requests that the Court also enlarge the deadline for it to file its brief to October 17, 2006.

Per the Court's Order dated October 3, 2006, the parties will be prepared to proceed with oral argument on October 23, 2006.

We request an enlargement of time because plaintiff filed a motion to supplement the administrative record this morning. In our response brief we had addressed, in a cursory manner, the declarations that are now the subject of plaintiff's motion to supplement the administrative record. However, there are arguments in plaintiff's motion that require us to revisit the arguments we made in our brief and add additional arguments and analysis. Furthermore, we are evaluating the need to file an opposition to plaintiff's motion. Because of the timing of plaintiff's motion, the undersigned counsel of record needs additional time to adequately address the issues raised by plaintiffs in their motion, complete the agency review process and then obtain supervisory review within my office. This enlargement would avoid us having to file an amended brief next week.

For these reasons, we respectfully request that our motion for enlargement be granted, and that the Court permit the filing of defendant's brief by October 17, 2005, no later than 5:00 p.m.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:

ELISE HARRIS
Assistant Regional Counsel
U.S. Department of Health and
Human Services
61 Forsyth Street, S.W.
Suite 5M60
Atlanta, GA 30303

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0337
Facsimile: (202) 305-7643

October 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of October, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ