# In the United States Court of Federal Claims

No. 06-683
(Filed: October 13, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
GENERAL INJECTABLES &
VACCINES, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

MCKESSON SPECIALTY
DISTRIBUTION LLC,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Motion For Enlargement of Time is granted. The Court hereby adopts the following revised schedule:

1. Defendant's Response and Cross-Motion and Intervenor's Response and Cross-Motion to Plaintiff's Complaint and Motion for Declaratory and Injunctive Relief are due Tuesday, October 17, 2006 by 5:00 PM EST.

2. Plaintiff's Reply to Defendant's Response and Cross-Motion and Intervenor's Response and Cross-Motion is due Friday, October 20, 2006 by 5:00 PM EST.

3. Oral Argument shall be heard Friday, October 27, 2006 at 2:30 PM EST, National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for plaintiff, defendant, and intervenor shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge