**EXHIBIT 1**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant, and MCKESSON SPECIALTY DISTRIBUTION LLC, Intervenor. | No. 06-683C (Judge Eric G. Bruggink) |

**SUPPLEMENTAL DECLARATION OF TRACY B. PUCKETT**

I, TRACY B. PUCKETT, declare and say upon personal knowledge as follows:

1. I am the Senior Manager for Government Contracting at General Injectables & Vaccines, Inc. ("GIV"). This declaration supplements my previous declaration of September 28, 2006, which was submitted in support of GIV's Motion for a Temporary Restraining Order and Preliminary Injunction.

2. As a result of my eleven years as the key contact person for the Vaccines For Children ("VFC") program at GIV, I have extensive knowledge of GIV's contracting process with state and local governments ("Projects") participating in the Vaccines for Children ("VFC") program.

3. GIV currently maintains contracts with the following Projects: Arizona, California, Colorado, Connecticut, Hawaii, Idaho, Indiana, Kansas, Kentucky, King County

(Washington State), Maine, Maryland, Minnesota, Missouri, Nebraska, Nevada, New York State, New York City, North Carolina, Oklahoma, Oregon, Pennsylvania, Philadelphia, Tennessee, Texas, Utah, Virginia, and Wyoming.

4. As the Senior Manager of Government Contracts at GIV, I negotiate the contracts with each Project on behalf of GIV with corporate management approval. The Projects, represented by state and local health agencies, work with me directly as I am the key point of contact throughout the contract negotiation process.

5. Upon execution of the contract by the Project representative and GIV's representative, Vice President and General Manager James W. "Tinker" Short, I receive a copy of the fully-executed contract at or near the time of the parties' signatures via first-class mail.

6. As custodian of GIV's contracts with Projects for vaccine distribution services, I maintain hard copies of the GIV contract with the Project's VFC file in the regular course of business. Attached hereto as Exhibits A through O are excerpts from current GIV contracts, which I maintain in the regular course of business. These exhibits are organized according to Project name and contain all relevant contractual language regarding the length of each contract's term and extensions of that term.

7. The Centers for Disease Control and Prevention's (CDC's) Findings and Determination (F&D) at ¶ 7(A) references the contract GIV holds with the state of California to provide vaccine distribution services. The relevant portions of the California contract referenced in ¶ 7(A) are attached hereto as Exhibit B. As indicated by the California contract excerpt, on or about June 20, 2005, GIV entered into an agreement with the state of California to provide vaccine distribution services through June 30, 2008. *See* Ex. B.

8. The CDC's F&D at ¶ 7(A) also refers to GIV's contract with the state of Texas to provide vaccine distribution services. The relevant portions of the Texas contract referenced in ¶ 7(A) are attached hereto as Exhibit M. As indicated by the Texas contract excerpt, on or about August 3, 2006, GIV entered into an agreement with the state of Texas to provide vaccine distribution services through August 31, 2007. *See* Ex. M.

9. The CDC's F&D at ¶ 7(B) refers to GIV's New York multi-state distribution contract that currently services fourteen (14) Projects. The relevant portions of the New York Multi-State contract referenced in ¶ 7(B) are attached hereto as Exhibit I. On March 18, 2004, the Office of the State Comptroller of New York awarded GIV a three-year contract, which extends through March 31, 2007. *See* Ex. I.

10. The contract excerpt attached hereto as Exhibit I demonstrates that the New York Multi-State contract provides for a "short term extension," by which the contract may be extended unilaterally by the Project for an additional period of one (1) month. Where there is mutual agreement between the Project and GIV, this "short term extension" may be for a period of up to three (3) months. *See id.* The contract contains no explicit limitation on the number of times the contract may be extended under the "short term extension" provision.

11. The CDC's F&D broadly refers to state contracts with existing vaccine distributors at ¶ 7(A). For example, attached hereto as Exhibit L are the relevant portions of the Tennessee contract that could be included in the general category of "state contracts with existing vaccine distributors" as stated in ¶ 7(A). As indicated by the Tennessee contract excerpt, GIV renewed Tennessee's contract for vaccine distribution services on July 1, 2006. *See* Ex. L.

12. Prior to renewing its contract with GIV, Tennessee had expressed concern over the state's "Go Live" date under the new centralized distribution program. *See* AR Tab 11 at 197-98. Specifically, Tennessee wanted to avoid renewing its GIV contract, then having to cancel or "opt out" of its contract with GIV in favor of the new centralized distribution program. *See id.* at 197.

13. As a result of these concerns, Tennessee requested a shortened contract term of nine (9) months in an effort to minimize overlap between the GIV contract and the centralized distribution contract. GIV agreed to Tennessee's request, and orally expressed on or about April 27, 2006, its willingness to extend the contract past the March 31, 2007 expiration date if Tennessee has not completed its transition to the centralized vaccine distribution contract by that date.

14. GIV is prepared to continue providing contracted vaccine distribution services for each Project under the GIV contract's existing terms until the transition to the centralized distribution contract is complete so as to ensure no interruption of service.

15. Thirty-four (34) of the sixty-four (64) Projects that participate in the VFC program do not currently use a third-party distributor to provide vaccine distribution services. *See* AR Tab 1 at 63 (listing Projects as having "In house" or "3rd Party" distribution). For example, Rhode Island is currently distributing vaccine through its own local health departments. *See id.* Any Project that does not currently use a third-party distributor could continue to deliver

the vaccines itself in the absence of a centralized distribution contract.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 18, 2006

Tracy B. Puckett

Tracy B. Puckett

**INDEX OF EXHIBITS TO**
**SUPPLEMENTAL DECLARATION OF TRACY B. PUCKETT**

| Exhibit | Document |
|---|---|
| A | Excerpts from GIV Contract with Arizona |
| B | Excerpts from GIV Contract with California |
| C | Excerpts from GIV Contract with Hawaii |
| D | Excerpts from GIV Contract with Indiana |
| E | Excerpts from GIV Contract with Kentucky |
| F | Excerpts from GIV Contract with King County, Washington State |
| G | Excerpts from GIV Contract with Maine |
| H | Excerpts from GIV Contract with Minnesota |
| I | Excerpts from GIV New York Multi-State Contract |
| J | Excerpts from GIV Contract with Oregon |
| K | Excerpts from GIV Contract with Pennsylvania |
| L | Excerpts from GIV Contract with Tennessee |
| M | Excerpts from GIV Contract with Texas |
| N | Excerpts from GIV Contract with Utah |
| O | Excerpts from GIV Contract with Virginia |