**EXHIBIT 1.A**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF ARIZONA
# VFC CONTRACT

Copied as of 10/9/06

# CONTRACT AMENDMENT

ARIZONA DEPARTMENT OF HEALTH SERVICES
1740 W. Adams, Room 303
Phoenix, Arizona 85007
(602) 542-1040

Contract No: **HP452108** Amendment No: **ONE**

Contracts Officer: **Philip G. Imatong, CPPB**

**Vaccine & Biologicals Warehousing and Distribution System for VFC Children Vaccines Program**

1. Amendment Begin Date: December 29, 2005 2. Amendment End Date: December 28, 2006

**It is mutually agreed that the Contract referenced is amended as follows:**

2. Per the Special Terms and Conditions, Page 17, Paragraph 3, Contract Extension, the Arizona Department of Health Services (ADHS) – Public Health Services – Vaccine Program will extend the above referenced contract from December 29, 2005 to December 28, 2006.

3. The Vaccine new Dose Tier charges shall be as follows:

| Dose Tier | .1-50 | 51-100 | 101-300 | 301-600 | 601 + |
|---|---|---|---|---|---|
| New Price | $0.19 | $0.162 | $0.178 | $0.168 | $0.166 |

**All other provisions remain in their entirety.**

Vendor hereby acknowledges receipt and acceptance of above amendment and that a signed copy must be filed with the Procurement Office before the effective date.

Tracy Puckett 11/28/05
Signature Date

Ms. Tracy B. Puckett
Manager Government Contract
Authorized Signatory's Name and Title:

GIV - General Injectables & Vaccines, Inc
Contractor's Name:

The above referenced Contract Amendment is hereby executed this

14th day of December
2005 at Phoenix, Arizona

Christine Ruth
Procurement Officer:

# UNIFORM TERMS AND CONDITIONS
## SOLICITATION NO: HP452108

schedule or Contract price, or both, and the Contract shall be amended in writing accordingly.

8.3 Non-exclusive Remedies. The rights and the remedies of the State under this Contract are not exclusive.

8.4 Nonconforming Tender. Materials or services supplied under this Contract shall fully comply with the Contract. The delivery of materials or services or a portion of the materials or services that do not fully comply constitutes a breach of contract. On delivery of nonconforming materials or services, the State may terminate the Contract for default under applicable termination clauses in the Contract, exercise any of its rights and remedies under the Uniform Commercial Code, or pursue any other right or remedy available to it.

8.5 Right of Offset. The State shall be entitled to offset against any sums due the Contractor, any expenses or costs incurred by the State, or damages assessed by the State concerning the Contractor's non-conforming performance or failure to perform the Contract, including expenses, costs and damages described in the Uniform Terms and Conditions.

**9 Contract Termination**

9.1 Cancellation for Conflict of Interest. Pursuant to A.R.S. § 38-511, the State may cancel this Contract within three (3) years after Contract execution without penalty or further obligation if any person significantly involved in initiating, negotiating, securing, drafting or creating the Contract on behalf of the State is or becomes at any time while the Contract or an extension of the Contract is in effect an employee of or a consultant to any other party to this Contract with respect to the subject matter of the Contract. The cancellation shall be effective when the Contractor receives written notice of the cancellation unless the notice specifies a later time. If the Contractor is a political subdivision of the State, it may also cancel this Contract as provided in A.R.S. § 38-511.

9.2 Gratuities. The State may, by written notice, terminate this Contract, in whole or in part, if the State determines that employment or a Gratuity was offered or made by the Contractor or a representative of the Contractor to any officer or employee of the State for the purpose of influencing the outcome of the procurement or securing the Contract, an amendment to the Contract, or favorable treatment concerning the Contract, including the making of any determination or decision about contract performance. The State, in addition to any other rights or remedies, shall be entitled to recover exemplary damages in the amount of three times the value of the Gratuity offered by the Contractor.

9.3 Suspension or Debarment. The State may, by written notice to the Contractor, immediately terminate this Contract if the State determines that the Contractor has been debarred, suspended or otherwise lawfully prohibited from participating in any public procurement activity, including but not limited to, being disapproved as a subcontractor of any public procurement unit or other governmental body. Submittal of an offer or execution of a contract shall attest that the contractor is not currently suspended or debarred. If the contractor becomes suspended or debarred, the contractor shall immediately notify the State.

9.4 Termination for Convenience. The State reserves the right to terminate the Contract, in whole or in part at any time, when in the best interests of the State without penalty or recourse. Upon receipt of the written notice, the Contractor shall stop all work, as directed in the notice, notify all subcontractors of the effective date of the termination and minimize all further costs to the State. In the event of termination under this paragraph, all documents, data and reports prepared by the Contractor under the Contract shall become the property of and be delivered to the State upon demand. The Contractor shall be entitled to receive just and equitable compensation for work in progress, work completed and materials accepted before the effective date of the termination. The cost principles and procedures provided in A.A.C. R2-7-701 shall apply.

9.5 Termination for Default.

9.5.1 In addition to the rights reserved in the contract, the State may terminate the Contract in whole or in part due to the failure of the Contractor to comply with any term or condition of the Contract, to acquire and maintain all required insurance policies, bonds, licenses and permits, or to make satisfactory progress in performing the Contract. The Procurement Officer shall provide written notice of the termination and the reasons for it to the Contractor.

# SPECIAL TERMS AND CONDITIONS
## SOLICITATION NO: HP452108

1. PURPOSE:

Pursuant to provisions of the Arizona Procurement Code, A.R.S. ' 41-2501 Et Seq., the State of Arizona, Department of Health Services (ADHS) intends to establish a contract for the materials or services as listed herein.

2 TERM OF CONTRACT (2 YEAR):

The term of the resultant contract shall commence upon award and shall remain in effect for two (2) year unless terminated, canceled, or extended as otherwise provided herein.

3 CONTRACT EXTENSION

The Contractor agrees that the State of Arizona shall have the right, at its sole option to renew the contract for three (3) additional one-year periods. In the event that the state exercises such right, all terms, conditions and provisions of the original contract shall remain the same and apply during the renewal period with the exception of price. The contractor shall agree that price stated in the original contract shall apply unless a percent of increase or decrease is quoted.

4 CONTRACT TYPE

[X] Fixed Price

[ ] Cost Reimbursement

[ ] Revenue

5 LICENSES

Contractor shall maintain in current status all federal, state and local licenses and permits required for the operation of the business conducted by the contractor.

6 INSURANCE

The Arizona Department of Health Services (ADHS) requires a complete and valid certificate of insurance prior to the commencement of any service or activity specified in this solicitation. The Department will notify the successful contractor(s) of the intent to issue a contract award. The successful contractor(s) must at that time submit an original copy of the attached certificate of insurance for coverage in the minimum amounts stated. The coverage shall be maintained in full force and effect during the term of the contract and shall not serve to limit any liabilities or any other contractor obligations.

During the term of the contract and until vaccines and biologicals are shipped to a consignee(s) designated by AIPO at the end of the contract period, the Contractor shall maintain **Property Insurance All Risk for all inventory owned by the State of Arizona, Arizona Department of Health Services, including all property in the care, custody and control of the Contractor under any and all terms of storage and bailment for all risks of loss in the amount of $8 million dollars of replacement cost, whichever is greater.**

7 KEY PERSONNEL

It is essential that the contractor provide adequate experienced personnel, capable of and devoted to the successful accomplishment of work to be performed under this contract. The contractor must agree to assign specific individuals to the key positions.

# SPECIAL TERMS AND CONDITIONS
## SOLICITATION NO: HP452108

The contractor agrees that, once assigned to work under this contract, key personnel shall not be removed or replaced without written notice to the Department and without the approval of the Arizona Department of Health Services (ADHS).

If key personnel are not available for work under this contract for a continuous period exceeding 30 calendar days, or are expected to devote substantially less effort to the work than initially anticipated, the contractor shall immediately notify the Department, and shall, subject to the concurrence of the Department, replace such personnel with personnel of substantially equal ability and qualifications.

8 RECORDS

Pursuant to provisions of title 35, chapter 1, article 6 Arizona revised statutes section 35-214 and section 35-215 each contractor shall retain, and shall contractually require each subcontractor to retain, all books, accounts, reports, files and other records relating to the acquisition and performance of the contract for a period of five (5) years after the completion of the contract. All such documents shall be subject to inspection and audit at reasonable times. Upon request, a legible copy of any or all such documents shall be produced at the offices of the auditor general, the attorney general, the department of health services, procurement office or any agency doing business under this contract.

9 CONTRACT CANCELLATION (10 DAY)

The Department reserves the right to cancel the whole or any part of this contract due to failure by the contractor to carry out any material obligation, term or condition of the contract. The Department shall issue written notice to the contractor for acting or failing to act as in any of the following:

a. The contractor provides material that does not meet the specifications of the contract;
b. The contractor fails to adequately perform the services set forth in the specifications of the contract;
c. The contractor fails to complete the work required or to furnish the materials required within the time stipulated by the contract;
d. The contractor fails to make progress in the performance of the contract and/or gives the Department reason to believe that the contractor will not or cannot perform to the requirements of the contract.

Upon receipt of the written notice of concern, the contractor shall have ten (10) days to provide a satisfactory response to the Department. Failure on the part of the contractor to adequately address all issues of concern may result in the Department resorting to any single or combination of the following remedies.

9.1 Cancel any contract;
9.2 Reserve all rights or claims to damage for breach of any covenant of the contract;
9.3 Perform any test or analysis on materials for compliance with the specifications of the contract. If the result of any test confirms a material non-compliance with the specifications, any reasonable expense of testing shall be borne by the contractor;
9.4 In case of default, the Department reserves the right to purchase materials, or to complete the required work in accordance with the Arizona procurement code. The Department may recover any reasonable excess costs from the contractor by:
9.5 Deduction from an unpaid balance;
9.6 Collection against the bid and/or performance bond;
9.7 Any combination of the above or any other remedies as provided by law.

10 FINANCIAL REQUIREMENTS

Contractors receiving Federal Funds under this contract shall comply with the certified finance and compliance audit provisions of the Office of Management and Budget (OMB) Circular A-133, if applicable. Contractors receiving state funds under this contract shall comply with the certified compliance provisions of A.R.S. 35-181.03.