**EXHIBIT 1.B**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF CALIFORNIA VFC CONTRACT

Copied as of 10/9/06

TATE OF CALIFORNIA
**STANDARD AGREEMENT**
TD 213 (DHS Rev 7/04)

| REGISTRATION NUMBER | AGREEMENT NUMBER |
|---|---|
| 4260070587406 | **05-45191** |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME (Also referred to as CDHS, DHS, or the State)
California Department of Health Services

CONTRACTOR'S NAME (Also referred to as Contractor)
General Injectables & Vaccines, Inc.

2. The term of this Agreement is: July 1, 2005 through June 30, 2008

3. The maximum amount of this Agreement is: $ 2,815,000
Two Million, Eight Hundred Fifteen Thousand Dollars

4. The parties agree to comply with the terms and conditions of the following exhibits, which are by this reference made a part of this Agreement.

| | |
|---|---|
| Exhibit A – Scope of Work | 6 pages |
| Exhibit B – Budget Detail and Payment Provisions | 3 pages |
| Exhibit C * – General Terms and Conditions | GTC 304 |
| Exhibit D(B) – Special Terms and Conditions (Attached hereto as part of this agreement) | 5 pages |
| Exhibit E – Additional Provisions | 2 pages |
| Exhibit F – Contractor's Release | 1 page |
| Exhibit G – Contractor Equipment Purchased with DHS Funds | 2 pages |
| Exhibit H – Inventory/Disposition of DHS-Funded Equipment | 2 pages |
| Exhibit I – Estimated Vaccine Inventory | 1 page |
| Exhibit J – Vaccine Handling and Storage | 1 page |

Items shown above with an Asterisk (*), are hereby incorporated by reference and made part of this agreement as if attached hereto.
*These documents can be viewed at http://www.ols.dgs.ca.gov/Standard+Language.*

**IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.**

**CONTRACTOR**

CONTRACTOR'S NAME (*if other than an individual, state whether a corporation, partnership, etc.*)
General Injectables & Vaccines, Inc.

BY (*Authorized Signature*): James W Short
DATE SIGNED (*Do not type*): 6/20/05

PRINTED NAME AND TITLE OF PERSON SIGNING
James W. Short, V.P. + General Manager

ADDRESS
P.O. Box 9, Bastian, VA 24314

**STATE OF CALIFORNIA**

AGENCY NAME
California Department of Health Services

BY (*Authorized Signature*): Terri L Anderson
DATE SIGNED (*Do not type*): 7-6-05

PRINTED NAME AND TITLE OF PERSON SIGNING
Terri L. Anderson, Chief, Contracts and Purchasing Services Section

ADDRESS
1501 Capitol Avenue, Suite 71.2101, MS 1403, P.O. Box 997413
Sacramento, CA 95899-7413

*California Department of General Services Use Only*

JUL 19 2005
DEPT OF GENERAL SERVICES

☐ Exempt per:

General Injectables & Vaccines, Inc.
05-45191

**Exhibit E**
Additional Provisions

1. **Contract Amendments**

Should either party, during the term of this agreement, desire a change or amendment to the terms of this Agreement, such changes or amendments shall be proposed in writing to the other party, who will respond in writing as to whether the proposed changes/amendments are accepted or rejected. If accepted and after negotiations are concluded, the agreed upon changes shall be made through the State's official agreement amendment process. No amendment will be considered binding on either party until it is formally approved by the State.

2. **Cancellation / Termination**

A. This agreement may be cancelled by DHS without cause upon 30 calendar days advance written notice to the Contractor.

B. DHS reserves the right to cancel or terminate this agreement immediately for cause. The Contractor may submit a written request to terminate this agreement only if DHS substantially fails to perform its responsibilities as provided herein.

C. The term "for cause" shall mean that the Contractor fails to meet the terms, conditions, and/or responsibilities of this agreement.

D. Agreement termination or cancellation shall be effective as of the date indicated in DHS' notification to the Contractor. The notice shall stipulate any final performance, invoicing or payment requirements.

E. Upon receipt of a notice of termination or cancellation, the Contractor shall take immediate steps to stop performance and to cancel or reduce subsequent agreement costs.

F. In the event of early termination or cancellation, the Contractor shall be entitled to compensation for services performed satisfactorily under this agreement and expenses incurred up to the date of cancellation and any non-cancelable obligations incurred in support of this agreement.

3. **Debarment and Suspension Certification**

(Applicable to all agreements funded in part or whole with federal funds.)

A. By signing this agreement, the Contractor/Grantee agrees to comply with applicable federal suspension and debarment regulations including, but not limited to 7 CFR Part 3017, 45 CFR 76, 40 CFR 32 or 34 CFR 85.

B. By signing this agreement, the Contractor certifies to the best of its knowledge and belief, that it and its principals:

1) Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded by any federal department or agency;