**EXHIBIT 1.C**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF HAWAII
# VFC CONTRACT

**Copied as of 10/9/06**

GENERAL INJECTABLES & VACCINES, INC.

SUPPLEMENTAL AGREEMENT NO. 3

TO AGREEMENT FOR SERVICES

IDENTIFIED AS CONTRACT NO. CF-03-127-O
IFB-03-127-O

FURNISHING AND DELIVERING

VACCINE STORGE AND DISTRIBUTION SERVICES

FOR

DEPARTMENT OF HEALTH

VACCINES FOR CHILDREN (VFC) PROGRAM

August 1, 2006 to July 31, 2007

10/1/04

SUPPLEMENTAL AGREEMENT NO. 3
TO AGREEMENT FOR SERVICES
IDENTIFIED AS CONTRACT NO. CF-03-127-O

THIS SUPPLEMENTAL AGREEMENT NO. 3, made and entered into as of the 2nd day of March, 2006 by and between the State of Hawaii, hereinafter called the "State," by its Procurement Officer and General Injectables & Vaccines, Inc. of Route 21-52, Terrace Hill, Bastian, Virginia 24314, hereinafter called the "Contractor."

WITNESSETH:

WHEREAS, by an agreement dated June 12, 2003 and identified as Contract No. CF-03-127-O (hereinafter referred to as the "Primary Agreement"), the State engaged the Contractor to perform certain services as specified in Invitation for Bids (IFB) No. IFB-03-127-O; and

WHEREAS, under the terms and conditions of the Primary Agreement, the term of said contract was for the twelve-month period beginning on August 1, 2003 with an option to extend the term of said contract for not more than four (4) additional twelve-month periods, or parts thereof; and

WHEREAS, the State and the Contractor mutually desire to extend the term of the Primary Agreement;

NOW, THEREFORE, the parties hereto agree as follows:

1. The Contractor shall continue to perform the services specified in the Invitation for Bids (IFB) No. IFB-03-127-O for an additional twelve-month period beginning August 1, 2006.

2. Said services shall be performed at the same price or prices specified in the Contractor's bid and under the same terms and conditions set forth in the Primary Agreement, or as amended, for the total sum of each purchase order issued for the actual number of doses delivered to each Vaccines for Children provider site at the inclusive bid prices per dosage offered.

All other terms, conditions and provisions of the Primary Agreement, unless specifically modified, altered and changed herein, shall remain in full force and effect.