# EXHIBIT 1.E

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF KENTUCKY
# VFC CONTRACT

Copied as of 10/9/06

# The Commonwealth of Kentucky

# MASTER AGREEMENT MODIFICATION (APPROVED)

Page 1 of 2

Master Agreement No: M-04037454

Modification No: 2

Requisition No: R-04037454

**IMPORTANT**

Show Master Agreement number on all packages, invoices, and correspondence.

**Description** VACMAN Vaccine Distributor **Sub Type:** MA Mod-Std Fixed Price

**Effective Date:** 29 Mar 2004 **Expiration Date:** 28 Mar 2007

**Administered By:** LAURA HILBORN. PROGRAM COORD
**Telephone:** (502) 564-4478 ext ()

**Cited Authority:** 218
**Issued By:** PAUL BENTLEY, FINANCE BUYER

CONTRACTOR:
GENERAL INJECTABLES AND VACCINES . P.O. BOX 9 HIGHWAY 21-54, TERRACE HILL
BASTIAN VA 24314
US

This section applies only to modifications of Contracts. It modifies the Contract as described:

- [ ] A. This change Order is issued pursuant: (Specify authority)
- [ ] B. The above numbered Contract/Order is modified to reflect the administrative changes (such as changes in paying office,appropriation date, etc.) Set forth in item pursuant to the authority stated herein.
- [ ] C. This supplemental agreement Is entered into pursuant to authority of:
- [x] D. Other (Specify type of modification and authority)

REASON: To renew the Master Agreement with the approval of Tracy Puckett-GIV Bids & Contracts Dept. GIV requests price increases as follows: Line 1:(1-50 doses) from $.212 to $.237. Line 2: (51-100 doses) from $.200 to $.224. Line 3: (101-300 doses) from $.189 to $.212. Line 4: (301-600 doses) from $.178 to $199. Line 5: (Over 600 doses shipped) from $.169 to $.189. Renewal form and Revised pricing on file.

| Line | Description | Del. Days | Quantity | Unit Issue | Unit Price | Misc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0001 | Shipment of Vaccine 1-50 doses | 2 | 0.0000 | Each | $.23700 | $0.00 | $0.00 |

**Extended Description**
SEE ATTACHMENT FOR EXTENDED DESCRIPTION.

Item # 1:
1 to 50 doses

**Additional Markings and Instructions**

BILL TO:
CHS OPS CONTRT & PROCURMNT BR
**ATTN: JOANNA SACRE**
275 EAST MAIN ST 5C-B
FRANKFORT KY 40621
Phone: (502) 564-6631 (3905)
Fax: (502) 564-2608

<This address is applicable to all line items>

SHIP TO:
VARIOUS
**ATTN: NO CONTACT IDENTIFIED**
SEE EXTENDED DESCRIPTION
Phone: ( ) - ( )
Fax ( ) -

<This address is applicable to all line items>

| Line | Description | Del. Days | Quantity | Unit Issue | Unit Price | Misc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0002 | Shipment of Vaccine 51-100 doses | 2 | 0.0000 | Each | $.22400 | $0.00 | $0.00 |

**Extended Description**
51 to 100 doses

**Additional Markings and Instructions**

Commonwealth of Kentucky
FINANCE AND ADMINISTRATION CABINET
Office of Material and Procurement Services
702 CAPITAL AVENUE ROOM 373
FRANKFORT KY 40601
(502) 564-4510
(502) 696-1922 Facsimile

**Ernie Fletcher**
Governor

**R.B. Rudolph, Jr.**
Secretary

**Ed Ross**
Executive Director

**Dan Abner**
Executive Director

Agency: Cabinet for Health Services

Master Agreement: M-04037454
Commodity: Vaccine Distributor
Buyer: Paul Bentley *pb*
Today's Date: February 27, 2006

Vendor: General Injectables & Vaccines
Route 21-52, Terrace Hill
PO BOX 9
Bastian VA 24314

The above referenced price contract **expires 03.28.2006**. The Office of Material & Procurement Services respectfully requests a one year renewal until **03.27.2007** if both parties GIV and Cabinet for Health Services are agreeable.

Please indicate your agreement or refusal in the areas below and return to the address on the letterhead, or send by fax to (502)– 696.1922. Also, please sign and print below the paragraph concerning campaign finance laws.

**Note: Please return your response As Soon As Possible.**

✓ Yes, I agree to extend for the above period. *w/ price increase.*
___ No, I do not wish to renew. (Please explain why.)

Reason:

Authentication of contract extension & sworn statement regarding campaign finance laws:

I swear (or affirm), as required by KRS 45A.110 and 45A.115, under penalty of perjury as provided KRS 523.020, that neither I, individually, nor to the best of my knowledge and belief, the business entity which I represent in matters relating to this contract, have knowingly violated any provisions of the campaign finance laws of the Commonwealth of Kentucky, and that the renewal of this contract to me, individually, or to that business entity, will not violate any campaign finance laws of the Commonwealth.

X *Tracy Puckett*
Vendor Signature (Required)

X *Tracy Puckett*
Printed/Typed Name

KY State Police agrees to renewal option. Please indicate YES or NO ( CIRCLE ONE)

*Paul Bentley*
**Agency/BuyerSignature**

*Paul Bentley*
**Agency/Buyer Printed or Typed**

EDUCATION PAYS

An Equal Opportunity Employer M/F/D

**Section 14**
**Restrictions on Communications**

From the issue date of this Solicitation until a Contractor(s) is selected and the selection is announced, Offerors are not allowed to communicate with any Commonwealth Staff concerning this Solicitation except:

- The Commonwealth Buyer cited in this Solicitation
- Commonwealth representatives during the Vendors' Conference; or
- Via written questions submitted to the Commonwealth Buyer

For violation of this provision, the Commonwealth shall reserve the right to disqualify the bid/proposal.

**Section 15**
**Scope of Contract**

The Office of Material and Procurement Services issues this Solicitation to establish a Master Agreement for:

| DISTRIBUTION OF VACMAN VACCINES |
| --- |

**Section 16**
**Initial Contract Period**

The MASTER AGREEMENT established from this Solicitation will be for the initial period of ONE (1) year from date of award.

**Section 17**
**Renewal Clause**

This contract may be extended at the completion of the initial contract period for FOUR(4) additional one year periods. This extension must have the written approval of the vendor and the Office of Material and Procurement Services.

**Section 18**
**Renewal Clause – Optional Renewal Period**

If the contract resulting from this Solicitation provides for an optional renewal period, the Commonwealth of Kentucky reserves the right to renegotiate any terms and/or conditions as may be necessary to meet requirements for the extended period. The vendor will be advised of any proposed revisions prior to the renewal periods. In the event proposed revisions cannot be agreed upon, either party shall have the right to withdraw without prejudice from either exercising the option or continuing the contract in

will not be required to enter into nor sign further agreements, leases, company orders or other documents to complete or initiate the terms of a contract resulting from this Solicitation or offer. Any such documents so obtained will be nonbinding on the State and agents of the State and will be cause for breach of contract.

**Section 24**
**FOB Basis of Shipment – Vendor Responsible**

The vendor shall be fully responsible for all shipments FOB Destination to the Kentucky agency indicated on each order. Quotations of unit prices on this Solicitation shall be FOB Destination - which is the receiving agency.

**Section 25**
**Service Performance**

All services performed under contract shall be in accordance with the terms and provisions of the contract. It will be the agency's responsibility to ensure that such services rendered are performed and are acceptable.

Major deviations of services performed will not be made without the written approval of the Office of Material and Procurement Services. Problems, which arise under any aspect of performance, should first be resolved between the vendor and the agency. Either party should refer in writing any such problems and/or disagreements that cannot be resolved to the Office of Material and Procurement Services for settlement.

**Section 26**
**Termination of Contracts-30 Days Notice**

The Commonwealth may cancel this contract by giving written notice thirty (30) calendar days prior to the effective cancellation date.

**Section 27**
**Addition or Deletion of Items or Services**

The Office of Material and Procurement Services reserves the right to add new and similar items, with the consent of the vendor, to any contract awarded from this Solicitation. A Contract Modification will be issued by the Office of Material and Procurement Services to effect this change.

**Section 28**
**Agreement between Parties**

By submitting a bid, the bidder acknowledges and agrees to be bound by the terms and conditions of the Solicitation.

arise under any aspect of performance, should first be resolved between the vendor and the agency. Either party should refer in writing any such problems and/or disagreements that cannot be resolved to the Division of Material and Procurement Services for settlement.

**Section 33**
**Termination of Contracts-30 Days Notice**

The Commonwealth may cancel this contract by giving written notice thirty (30) calendar days prior to the effective cancellation date.

**Section 34**
**Addition or Deletion of Items or Services**

The Division of Material and Procurement Services reserves the right to add new and similar items, with the consent of the vendor, to any contract awarded from this Solicitation. A Contract Modification will be issued by the Division of Material and Procurement Services to effect this change.

**Section 35**
**Agreement between Parties**

By submitting a bid, the bidder acknowledges and agrees to be bound by the terms and conditions of the Solicitation.

The bidder agrees that a resulting contract is the complete and exclusive statement of the agreement between the parties, which supersedes all prior agreements, oral or written, and all other communications between the parties relating to the subject matter of this Solicitation. It is further agreed between the parties, that any valid modification of contractual agreement must be formalized by issuance of an Contract Modification from the Division of Material and Procurement Services.

Purchase or Sales Agreements, supplied by the bidder making an offer, in reply to the Solicitation, will not be accepted. The only terms and conditions acceptable to the Commonwealth of Kentucky are as outlined in the Solicitation. Bids not conforming will be considered as non-responsive.

**Section 36**
**Deliveries**

Unless otherwise specified in the Solicitation, delivery at the earliest possible date is desired.

As provided in this Solicitation, the bidder will clearly state in the bid the time required for delivery upon receipt of contract. Delivery time must be specific and