**EXHIBIT 1.F**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# KING COUNTY, WA
# VFC CONTRACT

Copied as of 10/9/06

King County

Finance and Business Operations Division
Procurement and Contract Services Section
Exchange Building, 8th Floor, EXC-FI-0862
821 Second Avenue,
Seattle, WA 98104-1598
(206) 684-1681

# PURCHASE ORDER

NO. B158859B

THIS ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES, ETC.

| PURCHASE ORDER DATE | DELIVERY DATE | BID NUMBER | REQUISITION NUMBER |
|---|---|---|---|
| 01/01/05 | | SS04563 | G91573G |

VENDOR NAME AND ADDRESS — VENDOR NO. 96789

GENERAL INJECTABLES & VACCINES, INC.
P O BOX 9

BASTIAN VA 24314

BILL TO IN DUPLICATE "SHIP TO" ADDRESS UNLESS OTHERWISE NOTED

STACY ANDREWJESKI

SEA-KC PUB HEALTH GRANTS & CONTRACTS SVC
999 3RD AVE, SUITE 600
SEATTLE WA 98104-4039

| CONTACT TEL. NO. | TERMS | F.O.B. POINT | SHIP VIA |
|---|---|---|---|
| 276/688-2004 | NET 30 DAYS | DESTINATION | |

| ITEM | QUANTITY | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|

TERM SERVICE AGREEMENT

VACCINES STORAGE

VACCINE STORAGE AND DISTRIBUTION SERVICES:

| TIER | PER DOSE SHIP/COST |
|---|---|
| 1-49 DOSES | $0.388 |
| 50-99 DOSES | $0.381 |
| 100-199 DOSES | $0.260 |
| 200-499 DOSES | $0.146 |
| 500-999 DOSES | $0.127 |
| 1000-1999 DOSES | $0.121 |
| 2000 + DOSES | $0.106 |

TERMS:

CHANGE ORDER #1 (12/16/05)

*

THIS CHANGE ORDER IS ISSUED TO:

*

EXTEND THE CONTRACT FOR VACCINE STORAGE AND DISTRIBUTION, DURING THE PERIOD JANUARY 1, 2006 THROUGH DECEMBER 31, 2006.

*

INCORPORATE PRICE INCREASE IN ACCORDANCE WITH GENERAL INJECTABLES & VACCINES TIERED STORAGE & SHIPPING PRICE INFORMATION DATED 9/13/05, INCORPORATED BY REFERENCE AS IF FULLY SET FORTH HEREIN.

CONTINUED, NEXT PAGE

ARMS CODING BLOCK

| LINE | P.O. NO. & SUFFIX | ORG. UNIT | ACCOUNT | TASK | OPTION | PROJECT OR WORK AUTH. | AMOUNT |
|---|---|---|---|---|---|---|---|
| | B158593 | 8055 | 53105 | 111 | | H00038 | |

| | |
|---|---|
| SUB TOTAL | |
| W.S.S.T. | |
| FREIGHT | |
| TOTAL | |

| P.I.R. | AFF | A.A.W. | M.W.B.W. |
|---|---|---|---|
| 0406 | 0406 | | |

BUYER VICTORIA L. NAKAMICHI

BY [signature]

NO DELIVERIES ACCEPTED UNLESS ACCOMPANIED BY PACKING SLIP OR WAYBILL.

PURCHASING MANAGER D. R. LEACH

BY [signature]

THIS PURCHASE ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREON AND ANY SPECIAL PROVISIONS CONDITIONS OR SPECIFICATIONS AS INVOKED IN THE BODY OF THIS PURCHASE ORDER. FEDERAL EXCISE TAX EXEMPTION CERTIFICATE WILL BE FURNISHED UPON REQUEST.

0601092D VENDOR

SUBMITTAL:

The original and one (1) copy of this entire ITB document package shall be signed and submitted complete. Original shall be noted or stamped "original". Bidders shall use recycled paper in the preparation of documents submitted with this ITB and shall use both sides of paper sheets where practicable.

FAILURE TO SUBMIT OFFER:

If the recipient of this solicitation does not submit an offer for the goods or services requested, they shall return it and/or a written notice stating whether they wish to continue to receive future solicitations for the type of supplies or services specified. Failure to do so may result in removal of the recipient's name from the bidders' mailing list.

CONTRACT EXTENSION:

The contract period may be extended in one-year increments for two additional one-year periods, in accordance with the best interest and at the sole option of the County.

PRICE REVISIONS:

The price(s) submitted shall be the maximum allowed during the life of the entire contract.

FTA REQUIREMENTS:

This ITB shall be available for use by all King County Departments, Divisions and Agencies. If orders will be placed by the County's Transit Division, the Contractor will be required to sign and comply with the Federal Transit Administration's (FTA)'s required documentation.

SEVERABILITY:

The invalidity or unenforceability of any provision of any resultant Contract shall not affect the other provisions hereof, and the Contract shall be construed in all respects as if such invalid or unenforceable provisions were omitted.

APPROXIMATE REQUIREMENTS:

The quantities listed are the County's current approximate requirements. King County shall neither be obligated by nor restricted to these quantities.

TAX IDENTIFICATION NUMBER REQUIREMENT:

King County requires that all awarded vendors have a Department of the Treasury Internal Revenue Service Form W-9 on file to accommodate payment. A copy is enclosed for your convenience.
**(complete only if you have not done so before or your TIN has changed)**

FINANCIAL RESOURCES:

If requested by the County, prior to the award of a contract, the successful bidder shall submit proof of adequate financial resources available to carry out the execution and completion of work required by this contract. This proof may include but shall not be limited to, audited financial statements such as balance sheets and statements of cash flow for each of the three (3) most recently completed fiscal years, documentation of an open line of credit or other arrangement with an established financial institution, certification of adequate financial resources provided by the successful bidders principal financial officer or