**EXHIBIT 1.H**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF MINNESOTA
# VFC CONTRACT

Copied as of 10/9/06

**AMENDMENT NO. 1 TO CONTRACT NO. 433277**

**THIS AMENDMENT** is by and between the State of Minnesota, acting through its commissioner of Administration ("State") and **General Injectables & Vaccines, Inc.** ("Contract Vendor").

**WHEREAS**, the State has a Contract with the Contract Vendor identified as No. 433227 ("Contract"), to provide vaccine storage and distribution for the Department of Health; and
**WHEREAS**, the United States Center for Disease Control ("CDC") has issued a request for proposals to take control of the vaccine for children program's storage and distribution needs which will negate the State's needs for an individual contract.
**WHEREAS**, Minn. Stat. § 16C.03, subd. 5, affords the commissioner of Administration, or delegate pursuant to Minn. Stat. § 16C.03, subd.16, the authority to amend contracts; and
**WHEREAS**, the parties wish to amend the contract to extend the expiration date until the date the CDC provides these services to the State of Minnesota Vaccine for Children program.

**NOW, THEREFORE**, it is agreed by the parties to amend the Contract as follows:

1. That Contract No. 433277 is extended through March 15, 2007, unless cancelled earlier by either party upon 30 days' written notice.

2. Article 1 of the "Pricing Sheet" (page 21) is amended to read:
   1. Flat Rate Per Delivery: $42.90 per shipment.
   Please note that because the State has required that MMR be shipped in a special manner as outlined in the packing instructions provided in this RFB, orders containing MMR will have to be shipped separately from other products and will be billed as two shipments if other products are on order.
   (Above prices shall include all vendor's costs incurred, e.g., storage, stock maintenance, delivery, surcharges, etc., associated with this service.)

This Amendment is effective beginning August 1, 2006, or upon the date that the final required signatures are obtained, whichever occurs later.
Except as herein amended, the provisions of the original Contract between the parties hereto are expressly reaffirmed and remain in full force and effect.

**IN WITNESS WHEREOF**, the parties have caused this Amendment to be duly executed intending to be bound thereby.

**1. General Vaccines & Injectables, Inc.**
The Contract Vendor certifies that the appropriate person(s) have executed this Amendment on behalf of the Contract Vendor as required by applicable articles, bylaws, resolutions, or ordinances.

By: [signature] James W Short

Title: James W. Short
Vice President & General Manager

Date: 6/12/06

By:

Title:

Date:

**2. MATERIALS MANAGEMENT DIVISION**
In accordance with Minn. Stat. § 16C.03, Subd. 3.

By: [signature]

Title: Acquisition Management Specialist

Date: June 21, 2006

**3. COMMISSIONER OF ADMINISTRATION**
Or delegated representative

By: [signature]

Date: 21JUN06

# Admin Minnesota

**Materials Management Division**

Room 112 Administration Bldg., 50 Sherburne Ave., St. Paul, MN 55155; Phone: 651.296.2600, Fax: 651.297.3996
For TTY/TDD communication, contact us through the Minnesota Relay Service at 1.800.627.3529.

## CONTRACT RELEASE: S-920(5)

**DATE:** AUGUST 30, 2004

**PRODUCT/SERVICE:** SERVICE: VACCINES STORAGE & DISTRIBUTION - DEPT. OF HEALTH

**CONTRACT PERIOD:** AUGUST 17, 2004, THROUGH JULY 31, 2006

**EXTENSION OPTIONS:** UP TO 36 MONTHS

**ASSISTANT DIRECTOR:** PAUL STEMBLER

**PHONE:** 651.296.0498 **E-MAIL:** paul.stembler@state.mn.us **WEB SITE:** www.mmd.admin.state.mn.us

| CONTRACT VENDOR | CONTRACT NO. | TERMS | DELIVERY |
|---|---|---|---|
| **GENERAL INJECTABLES & VACCINES, INC.**<br>Route 21-52, Terrace Hill<br>PO Box 9<br>Bastian, VA 24314 | 433277 | NET 30 | 1-3 BUSINESS DAYS |

**VENDOR NO.:** 200137652 00

**CONTACT:** Kim Taylor
**TOLL FREE:** 800.475.6475

**PHONE:** 276.688.4121, ext. 4404
**FAX:** 276.688.2016

**CONTRACT USERS.** This Contract is available to the Minnesota Department of Health and other State agencies and Cooperative Purchasing Venture (CPV) members.

**STATE AGENCY CONTRACT USE.** This Contract must be used by the the State agencies unless a specific exception is granted by the Acquisition Management Specialist listed above.

**AGENCY ORDERING INSTRUCTIONS.** Orders are to be placed directly with the Contract Vendor. The State agencies should use a contract release order (CRO) or a blanket purchase order (BPC). The person ordering should include his or her name and phone number. Orders may be submitted via fax.

## SPECIAL TERMS AND CONDITIONS

**SCOPE.** To provide vaccine storage and distribution for the Minnesota Department of Health, Vaccines for Children Program.

**PRICES. NOTE:** At no time should the ordering entity pay more than the Contract price. Agencies must contact the AMS immediately and fill out a Vendor Performance Report if there is a discrepancy between the price on the invoice and the Contract price.

**MAPS KLINS:** 00001 AND 00002: 056-03 Services, Not Taxable

31. **ASSIGNMENT.** The Contract Vendor shall not sell, transfer, assign, or otherwise dispose of the Contract or any portion hereof or of any right, title, or interest herein without the prior written consent of the State's authorized agent. Such consent shall not be unreasonably withheld. The Contract Vendor shall give written notice to the State's authorized agent of such a possibility at least 30 days prior to the sale, transfer, assignment, or other disposition of the Contract. Failure to do so may result in the Contract Vendor being held in default. This consent requirement includes reassignment of the Contract due to a change in ownership, merger, or acquisition of the Contract Vendor or its subsidiary or affiliated corporations. This section shall not be construed as prohibiting the Contract Vendor's right to assign the Contract to corporations to provide some of the services hereunder. Notwithstanding the foregoing acknowledgment, the Contract Vendor shall remain solely liable for all performance required and provided under the terms and conditions of the Contract.

32. **CONFLICT OF TERMS.** In the event of any conflict between the General Terms and Conditions, and any Special Terms and Conditions, the Special Terms and Conditions govern.

33. **PURCHASE ORDERS.** The State requires that there will be no minimum order requirements or charges to process an individual purchase order unless otherwise stated in the special terms. The Contract number and the PO number must appear on all documents (e.g., invoices, packing slips, etc.).

34. **USAGE REPORT.** As per the requirements of the RFB, Contract Vendors are required to furnish usage data to the Acquisition Management Specialist. Unless otherwise specified in the Special Terms and Conditions, a report on Contract usage must consist of the total dollars expended by the State and other entities.

35. **CANCELLATION OF THE CONTRACT.** The contract may be cancelled by the State or the commissioner of Administration at any time, with or without cause, upon 30 days' written notice to the Contract Vendor. In the event the Contract Vendor is in default, the contract is subject to immediate cancellation to the extent allowable by applicable law. In the event of cancellation, the Contract Vendor shall be entitled to payment, determined on a pro rata basis, for work or services satisfactorily performed and accepted. The contract may be cancelled by the Contract Vendor, with or without cause, upon 60 days written notice to the Sta

36. **FORCE MAJEURE.** Neither party hereto shall be considered in default in the performance of its obligations hereunder to the extent that performance of any such obligations is prevented or delayed by acts of God, war, riot or other catastrophes beyond the reasonable control of the party unless the act or occurrence could have been reasonably foreseen and reasonable action could have been taken to prevent the delay or failure to perform. A party defaulting under this provision must provide the other party prompt written notice of the default and take all necessary steps to bring about performance as soon as practicable.

37. **COPYRIGHTED MATERIAL WAIVER.** The State reserves the right to use, reproduce, and publish responses in any manner necessary for State agencies and local units of government to access the responses, including but not limited to photocopying, State Intranet/Internet postings, broadcast faxing, and direct mailing. In the event that a response contains copyrighted or trademarked materials, it is the responder's responsibility to obtain permission for the State to reproduce and publish the information, regardless of whether the responder is the manufacturer or reseller of the products listed in the materials. By signing its response, the responder certifies that it has obtained all necessary approvals for the reproduction and/or distribution of the contents of its response and agrees to indemnify, protect, save and hold the State, its representatives and employees harmless from any and all claims arising from the violation of this section and agrees to pay all legal fees incurred by the State in the defense of any such action.

38. **INSURANCE.** Certificates of insurance, if called for in the Special Terms and Conditions, must be submitted upon request. Failure to do so may result in rejection of the response.

39. **STATE AUDITS (Minn. Stat. § 16C.05, Subd. 5).** The books, records, documents, and accounting procedures and practices of the Contract Vendor and its employees, agents, or subcontractors relevant to the Contract must be made available to and subject to examination by the Legislative Auditor and/or the State Auditor for a minimum of six years after the end of the Contract.

40. **SUBCONTRACTORS.** In the event the Contract Vendor hires subcontractors to perform all or some of the duties of the Contract, the Contract Vendor understands that Minn. Stat. § 16A.1245 requires that any such subcontractor be paid within 10 days of the Contract Vendor's receipt of payment from the State for undisputed services provided by the subcontractor. The Contract Vendor agrees to take all steps necessary to comply with said statute. A consultant is a subcontractor under the Contract. In the event the Contract Vendor fails to make timely payments to a subcontractor, the State may, at its sole option and discretion, pay a subcontractor any amounts due from the Contract Vendor for work performed under the Contract and deduct said payment from any remaining amounts due the Contract Vendor. Before any such payment is made to a subcontractor, the State shall provide the Contract Vendor written notice that payment will be made directly to a subcontractor. The Contract Vendor shall ensure that