**EXHIBIT 1.I**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# NEW YORK MULTI-STATE VFC CONTRACT

Copied as of 10/9/06

KENNETH J. RINGLER, JR.
COMMISSIONER

ROBERT J. FLEURY
FIRST DEPUTY COMMISSIONER

STATE OF NEW YORK
EXECUTIVE DEPARTMENT
OFFICE OF GENERAL SERVICES
MAYOR ERASTUS CORNING 2ND TOWER
THE GOVERNOR NELSON A. ROCKEFELLER EMPIRE STATE PLAZA
ALBANY, NEW YORK 12242

BARRETT RUSSELL
DEPUTY COMMISSIONER
INFORMATION TECHNOLOGY AND PROCUREMENT SERVICES

WALTER BIKOWITZ
DIRECTOR
PROCUREMENT SERVICES GROUP

March 18, 2004

General Injectables & Vaccines, Inc.
James W. Short
Rte. 21-52 Terrace Hill
Bastian, VA 24314

Re: Group 10218 - New York State National Vaccine Logistics Contract (Statewide)
Award # 18995
Contract # PC61077

Dear Mr. Short:

The above referenced contract award has been approved by the Office of the State Comptroller on March 16, 2004 and is effective from March 15, 2004 through Mrch 31, 2007.

Attached is the OGS/OSC approval as well as the Contract Award Notification issued March 18, 2004 notifying all contract users of this contract award.

If you have any questions or need additional assistance, please feel free to contact this office at 518-473-3798.

Sincerely,

Dana Makarwich

Attachments

recycled paper

CONTRACT SCOPE:

This contract award is intended to provide a procurement mechanism for New York State or through a cooperative purchasing agreement a combination of the States as shown in Chart 1 "2002 Reported Vaccine Data for Participating States". Unless specifically noted otherwise, all references to New York State are intended to refer to all jurisdictions participating in this Contract Award.

This contract award may be extended to additional States or governmental jurisdictions upon mutual written agreement between New York State (the lead contracting State) and the contractor. Political subdivisions and other authorized entities within each participating State or governmental jurisdiction, whether originally included in the bid solicitation or added subsequently upon mutual agreement, may also participate in this contract if such State normally allows participation by such entities. New York State reserves the right to negotiate additional discounts based on any increased volume generated by such extensions.

Any work performed outside of the scope of this contract i.e.; installation of ordering software systems, required by participating states shall be subject to a separate agreement between the contractor and participating state.

NON-STATE AGENCIES PARTICIPATION IN CENTRALIZED CONTRACTS:

New York State political subdivisions and others authorized by New York State law may participate in this contract. These include, but are not limited to local governments, public authorities, public school and fire districts, public and nonprofit libraries, and certain other nonpublic/nonprofit organizations. See "Participation in Centralized Contracts" in Appendix B, OGS General Specifications. For purchase orders issued by the Port Authority of New York and New Jersey (or any other authorized entity that may have delivery locations adjacent to New York State), the terms of the "Price" clause shall be modified to include delivery to locations adjacent to New York State.

Upon request, all eligible non-State agencies must furnish contractors with the proper tax exemption certificates and documentation certifying eligibility to use State contracts. A list of categories of eligible entities is available on the OGS web site (www.ogs.state.ny.us). Click on "For Government-Contracts and Purchasing," then "About Procurement," then "Non-State Agency Legal References." Questions regarding an organization's eligibility to purchase from New York State Contracts may also be directed to OGS Procurement Services Group's Customer Services at 518-474-6717.

EXTENSION OF USE:

This contract may be extended to additional States or governmental jurisdictions upon mutual written agreement between New York State (the lead contracting State) and the contractor. Political subdivisions and other authorized entities within each participating State or governmental jurisdiction may also participate in any resultant contract if such State normally allows participation by such entities. New York State reserves the right to negotiate additional discounts based on any increased volume generated by such extensions.

(continued)

CONTRACT PERIOD AND RENEWALS:

Any participating State may unilaterally cancel the contract on a monthly basis by providing written notification to the contractor and New York State at least three (3) months prior to the requested date of cancellation. Cancellation will become effective the first of the month following the 3-month notification.

In the event that New York State exercises its cancellation option indicated above, New York State will assist all remaining participating states by continuing in its capacity as the lead contracting Stated based on applicable requirements stated in the Contract Award for an additional three (3) months. Each remaining participating State, at its option, may also elect to assume all liability for its participation in the contract for the remaining term of the contract by completing an assignment document with New York State and the contractor.

The contractor may unilaterally cancel the contract on a monthly basis any time after the initial twelve (12) months of the contract by providing written notification to New York State at least six (6) months prior to the requested date of cancellation. Cancellation will become effective the first of the month following the 6-month notification but in no event any earlier than the beginning of the thirteenth (13) month of the contract.

If mutually agreed between New York State and the contractor, the contract may be extended under the same terms and conditions for two additional periods not to exceed twelve months each.

Any contract or unit portion let and awarded hereunder by the State, may be extended unilaterally by the State for an additional period of up to thirty (30) days upon notice to the contractor with the same terms and conditions as the original contract including, but not limited to, quantities (prorated for such thirty day extension), prices, and delivery requirements.

SHORT TERM EXTENSION:

In the event the replacement contract has not been issued, any contract let and awarded hereunder by the State, may be extended unilaterally by the State for an additional period of up to one month upon notice to the contractor with the same terms and conditions as the original contract including, but not limited to, quantities (prorated for such one month extension), prices, and delivery requirements. With the concurrence of the contractor, the extension may be for a period of up to three months in lieu of one month. However, this extension terminates should the replacement contract be issued in the interim.

CONTRACT MIGRATION:

State Agencies or any other authorized user holding individual contracts with contractors under this centralized contract shall be able to migrate to this contract award with the same contractor, effective on the contract begin date (retroactively, if applicable). Migration by an agency or any other authorized user to the centralized contract shall not operate to diminish, alter or extinguish any right that the agency or other authorized user otherwise had under the terms and conditions of their original contract.

(continued)

395-30-55-0159 / 395-30-55-0233 (R 5/99)

1. Offer/Acceptance. If this purchase order refers to your bid or proposal, then this purchase order is an ACCEPTANCE of your OFFER TO SELL in accordance with the terms and conditions of the IFB/RFP, as stated in your bid. If no bid or proposal is referenced, the purchase order is an OFFER TO BUY, subject to your acceptance, which must be demonstrated by either your performance of the purchase order or by a formal acknowledgment in writing. Any COUNTER-OFFER TO SELL is automatically construed as a CANCELLATION of this purchase order unless a change order is issued accepting a counter-offer. In the event vendor form(s) or part(s) of forms are included in, or as an attachment to, any bid, proposal, offer, acknowledgment, or otherwise, vendor agrees that, in the event of inconsistencies or conflictions, the terms and conditions of the solicitation document and this purchase order shall supersede and control over those contained in the vendor's form(s) regardless of any statement to the contrary in a vendor form(s). Unless the purchasing agent specifically agrees in writing through overt reference or other express written indication of assent, terms and conditions on vendor forms regarding choice of law, venue, warranty disclaimer or exclusion, indemnification or limitation of liability shall be of no effect.

2. Safety Information. All chemicals, equipment and materials proposed and/or used in the performance of this purchase order must conform to the standards required by the William-Steiger Occupational Safety and Health Act of 1970. Bidders must furnish all Material Safety Data Sheets (MSDS) for any regulated chemicals, equipment or hazardous materials at the time of delivery.

3. Changes. The vendor agrees to furnish the products and/or services in strict accordance with the specifications, and at the price set forth for each item. Nothing in the purchase order may be added to, modified, superseded or otherwise altered except in writing signed by an authorized representative of the state agency purchasing office and acknowledged by the vendor. Each shipment received or service performed shall be only upon the terms contained in the purchase order, notwithstanding any terms that may be contained in any invoice or other act of vendor other than acknowledgment of a written change order to the purchase order.

4. Delivery. Unless otherwise specified, in the solicitation or in this order, delivery shall be F.O.B. destination. In its acceptance of any quotation offer, the state agency is relying on the promised delivery date, installation, or service performance as material and basic to its acceptance. In the event of vendor's failure to deliver or perform as and when promised, the state agency reserves the right to cancel its order, or any part thereof, without prejudice to its other rights, and vendor agrees that the state agency may return all or part of any shipment so made, and may charge vendor with any loss or expense sustained as a result of such failure to deliver or perform as promised. Time is of the essence.

5. Rights In Data, Documents, and Computer Software or Other Intellectual Property (State Ownership). Unless otherwise agreed in writing, any software, research, reports, studies, data, photographs, negatives or other documents, drawings or materials delivered by vendor in the performance of its obligations under this purchase order shall be the exclusive property of the State. The ownership rights described herein shall include, but not be limited to, the right to copy, publish, display, transfer, prepare derivative works, or otherwise use the works.

6. Quality. The State will be the sole judge in determining "equals" with regard to quality, price and performance. All products delivered shall be newly manufactured and of the manufacturer's current model, unless otherwise specified.

7. Warranties. All provisions and remedies of the Uniform Commercial Code relating to both implied and expressed warranties are herewith referred to and made a part of these Terms and Conditions and are in addition to any warranties stipulated in the specifications.

8. Inspection and Acceptance. Final acceptance is dependent upon completion of all applicable inspection procedures. Should the products or services fail to meet any inspection requirements the State may exercise all of its rights, including those provided in the Uniform Commercial Code. In the case of services, the State reserves the right to inspect services provided under this contract at all reasonable times and places. "Services" as used in this clause includes services performed or tangible material produced or delivered in the performance of services. If any of the services do not conform with purchase order requirements, the State may require the vendor to perform the services again in conformity with purchase order requirements, with no additional payment. When defects in the quality or quantity of service cannot be corrected by re-performance, the State may (1) require the vendor to take necessary action to ensure that the future performance conforms to purchase order requirements and (2) equitably reduce the payment due the vendor to reflect the reduced value of the services performed. These remedies in no way limit the remedies available to the State in the termination provisions of this purchase order, or remedies otherwise available at law.

9. Cash Discount. The cash discount period will start from date of receipt of acceptable invoice, or from date of receipt of acceptable products/services at the specified destination by an authorized agency representative, whichever is later.

10. Taxes. The state agency, as purchaser, is exempt from all federal excise taxes under Chapter 32 of the Internal Revenue Code [No. 84-730123K] and from all state and local government use taxes [C.R.S. 39- 26-114(a) and 203, as amended]. Tax exempt numbers for the specific state agency may be found elsewhere in this document. Vendor is hereby notified that when materials are purchased for the benefit of the State, such exemptions apply except that in certain political subdivisions (for example - City of Denver) the vendor may be required to pay sales or use taxes even though the ultimate product or service is provided to the State. These sales or use taxes will not be reimbursed by the State.

11. Prompt Payment. State law and regulations provide that vendors will be paid within forty-five days after receipt of products or services and a correct notice of amount due, unless otherwise agreed to by contract or special conditions of the purchase order. A State liability not paid within forty-five days is considered delinquent and, unless otherwise agreed to, interest on the unpaid balance shall be paid beginning with the forty-sixth day at the rate of one percent per month on the unpaid balance until paid in full. A liability shall not arise if a good faith dispute exists as to the agency's obligation to pay all or a portion of the liability. Vendors shall invoice the State separately for interest on delinquent amounts due. The billing shall reference the delinquent payment, the number of days interest to be paid and the applicable interest rate. [Ref. Sec 24-30-202(24), C.R.S., as amended.]

12. Vendor Offset. Pursuant to CRS 24-30-202.4, as amended, the State Controller may withhold payment for debts owed to state agencies under the vendor offset intercept system for: (a) unpaid child support debt or child support arrearages; (b) unpaid balance of tax, accrued interest, or other charges specified in Article 21, Title 39, CRS; (c) unpaid loans due to the Student Loan Division of the Department of Higher Education; (d) owed amounts required to be paid to the unemployment compensation fund; and (e) other unpaid debts owing to the state or any agency thereof, the amount of which is found to be owing as a result of final agency determination or reduced to judgment as certified by the State Controller.

13. Assignment and Successors; Antitrust Claims. The vendor shall not assign rights or delegate duties under this purchase order, or subcontract any part of the performance required under the purchase order, without the express, written consent of the State, which shall not be unreasonably withheld. This purchase order shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns. Assignment of accounts receivable may be made only with written notice furnished to the purchasing agency or institution.

14. Indemnification. In the event any article sold or delivered under this purchase order is covered by any patent, copyright, trademark, or application therefor, the vendor will indemnify and hold harmless the State of Colorado from any and all loss, liability, cost, expenses and legal fees incurred on account of any claims, legal actions, or judgments arising out of manufacture, sale or use of such article in violation, infringement or the like of rights under such patent, copyright, trademark or application. If this purchase order is for services, to the extent authorized by law, the vendor shall indemnify, save, and hold harmless the State, its employees and agents, against any and all claims, damages, liability and awards including costs, expenses, and attorney fees incurred as a result of any act or omission by the vendor, or its employees, agents, subcontractors or assignees arising out of or in connection with performance of services ordered by this purchase order.

15. INDEPENDENT CONTRACTOR. THE VENDOR SHALL PERFORM ITS DUTIES HEREUNDER AS AN INDEPENDENT CONTRACTOR AND NOT AS AN EMPLOYEE. NEITHER THE VENDOR NOR ANY AGENT EMPLOYEE OF THE STATE. VENDOR SHALL PAY WHEN DUE ALL REQUIRED EMPLOYMENT TAXES AND INCOME TAX WITHHOLDING INCLUDING ALL FEDERAL AND STATE INCOME TAX AND LOCAL HEAD TAX ON ANY MONIES PAID PURSUANT TO THIS CONTRACT. VENDOR ACKNOWLEDGES THAT THE VENDOR AND ITS EMPLOYEES ARE NOT ENTITLED TO UNEMPLOYMENT INSURANCE BENEFITS UNLESS THE VENDOR OR A THIRD PARTY PROVIDES SUCH COVERAGE AND THAT THE STATE DOES NOT PAY FOR OR OTHERWISE PROVIDE SUCH COVERAGE. VENDOR SHALL HAVE NO AUTHORIZATION EXPRESS OR IMPLIED TO BIND THE STATE TO ANY AGREEMENTS, LIABILITY, OR UNDERSTANDING EXCEPT AS EXPRESSLY SET FORTH HEREIN. VENDOR SHALL PROVIDE AND KEEP IN FORCE, WORKERS' COMPENSATION (AND SHOW PROOF OF SUCH INSURANCE UPON REQUEST) AND UNEMPLOYMENT COMPENSATION INSURANCE IN THE AMOUNTS REQUIRED BY LAW, AND SHALL BE SOLELY RESPONSIBLE FOR THE ACTS OF VENDOR, ITS EMPLOYEES, AND AGENTS.

16. Communication. All communications, including reports, notices, and advice of any nature, concerning administration of this purchase order, prepared by vendor for the state agency's use, must be furnished solely to the Purchasing Agent within the agency purchasing office.

17. Compliance with Laws. Vendor agrees to comply with all applicable federal and state laws, regulations and policies, as amended, including those regarding discrimination, unfair labor practices, anti-kick-back and collusion.

18. Americans with Disabilities Act (ADA) Requirements. If this solicitation contemplates the provision of state services to the public, the vendor shall, in addition to any other requirements under Title 11 of the Americans with Disabilities Act, comply with the Title 11 requirements of the Americans with Disabilities Act regarding the accessibility of the State's services and programs, as an explicit requirement. The vendor assures that, at all times during the performance of any resulting contract, no qualified individual with a disability shall, by reason of that disability, be excluded from participation in, or be denied benefits of, services, programs, or activities performed by the vendor for the benefit of the State.

19. Insurance. The vendor shall obtain, and maintain at all times during the term of this purchase order, insurance as specified in the solicitation or order, and shall provide proof of such coverage.

20. Termination For Default/Cause.
a. Except as otherwise agreed, the Uniform Commercial Code shall govern in the case of transactions in goods. In the case of services, if the vendor refuses or fails to timely perform any of the provisions of this purchase order, with such diligence as will ensure its completion within the time specified in this purchase order, the Purchasing Agent may notify the vendor in writing of the non-performance, and if not promptly corrected within the time specified, such officer may terminate the vendor's right to proceed with the purchase order or such part of the purchase order as to which there has been delay or a failure to properly perform. The vendor shall continue performance of the purchase order to the extent it is not terminated and shall be liable for excess costs incurred in procuring similar goods or services elsewhere. Payment for completed services performed and accepted shall be at the purchase order price.
b. In the case of remedies exercised under this paragraph for services, or analogous remedies exercised under the Uniform Commercial Code for transactions in goods, the purchasing agency may withhold amounts due to the vendor as the Purchasing Agent deems to be necessary to reimburse the purchasing agency for the excess costs incurred in curing, completing or procuring similar goods and services.
c. In the case of either transactions in goods or services, the vendor shall not be in default by reason of any failure in performance of this purchase order in accordance with its terms if such failure arises out of acts of God; acts of the public enemy; acts of the State and any governmental entity in its sovereign or contractual capacity; fires; floods; epidemics; quarantine restrictions; strikes or other labor disputes; freight embargoes; or unusually severe weather.
d. If after rejection, revocation, or other termination of the vendor's right to proceed under the provisions of the Uniform Commercial Code (in the case of transactions in goods) or this clause (in the case of services), it is determined for any reason that the vendor was not in default under the provisions of this clause, or that the delay was excusable, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to the termination for convenience clause.

21. Termination For Convenience.

a. Cancellation Prior to Contract Formation. When this purchase order is not accepted by written acknowledgment, this purchase order may be canceled by written or oral notice to the vendor prior to shipment of goods or beginning of performance of services.
b. Termination After Contract Formation. Unless otherwise agreed in writing, in addition to the rights and remedies governing transactions in goods in the Uniform Commercial Code, the Purchasing Agent may when the interests of the purchasing agency so require terminate this purchase order in whole or in part, for the convenience of the agency or institution. The Purchasing Agent shall give written notice of the termination to the vendor specifying the part of the purchase order terminated and when termination becomes effective. Upon receipt of the notice of termination, the vendor shall incur no further obligations except to the extent necessary to mitigate costs of performance. In the case of services or specially manufactured goods, the State shall pay reasonable settlement expenses, the contract price or rate for supplies and services delivered and accepted, the reasonable costs of performance on unaccepted supplies and services, and a reasonable profit for that unaccepted work, in accordance with the cost principles promulgated in accordance with section 24-107-101, Colorado Revised Statutes, as amended. In the case of existing goods, the State shall pay reasonable settlement expenses, the contract price for goods delivered and accepted, reasonable costs incurred in preparation for delivery of the undelivered goods, and a reasonable profit for that preparatory work. The amount of the termination liability under this paragraph shall not exceed the amount of the purchase order price plus a reasonable cost for settlement expenses. The vendor agrees to submit a termination proposal as well as reasonable supporting documentation, cost and pricing data, and a certification required by section 24-106-101, C.R.S., as amended, upon request of the Purchasing Agent.

22. Purchase Order Approval. This purchase order shall not be deemed valid unless it is executed by the Purchasing Agent for the purchasing state agency or institution. The State shall have no responsibility or liability for products or services delivered or performed prior to proper execution hereof.

23. Fund Availability; Federal Funds Contingency. Financial obligations of the State of Colorado payable after the current fiscal year are contingent upon funds for that purpose being appropriated, budgeted and otherwise made available. If this purchase order is funded in whole or in part with federal funds, this purchase order is subject to and contingent upon the continuing availability of federal funds for the purposes hereof. If this purchase order contemplates the purchase of goods to be delivered in a single installment, the State represents that it has set aside sufficient funds to make payment under this purchase order in accordance with its terms.

24. Choice of Law. This purchase order is made in the State of Colorado. The laws of the State of Colorado shall govern in connection with the formation, performance and the legal enforcement of this purchase order. Unless otherwise specified in the solicitation or this order, venue for any judicial action arising out of or in connection with this purchase order shall be in Denver, Colorado. Vendor shall exhaust administrative remedies in * 24-109-106, Colorado Revised Statutes, as amended, prior to commencing any judicial action against the State.

25. Uniform Commercial Code. All references in this purchase order to the Uniform Commercial Code shall mean the Uniform Commercial Code as adopted by the State of Colorado at Title 4, Colorado Revised Statutes, as amended.

26. Non-discrimination. The vendor agrees to comply with the letter and spirit of all applicable state and federal laws respecting discrimination and unfair employment practices.

contractor may request the state of Connecticut to enter into such litigation or negotiation prior thereto to protect the interests of the state and the state may so enter.

4. Add the following **Primary Contacts** for the State of Connecticut, Department of Public Health:

Programmatic Information:

Mick Bolduc, Epidemiologist 3, Immunization Program
Telephone Number: (860) 509-7940
E-mail: Michael.bolduc@po.state.ct.us

Vincent Sacco, Program Manager, Immunization Program
Telephone Number: (860) 509-7936
E-mail: Vincent.sacco@po.state.ct.us

Financial Information:

William Hackett, Health Program Assistant,
Contracts and Grants Management Section
Telephone Number: (860) 509-7939
E-mail: William.Hackett@po.state.ct.us

5. (a.) **Entire Agreement.** This Amendment, the Award and the Price Agreement together with its exhibits, set forth the entire agreement between the parties with respect to the subject matter of all previous communications, representations or agreements, whether oral or written, with respect to the subject matter hereof.

(b.) Terms and conditions inconsistent with, contrary to or in addition to the terms and conditions of this Amendment and the Award or Price Agreement, together with the corresponding exhibits, shall not be added to or incorporated into this Addendum, the Award or the Price Agreement and its exhibits, by any subsequent purchase order or otherwise, and any such attempts to add or incorporate such terms and conditions are hereby rejected.

(c.) The terms and conditions of this Amendment, the Award and the Price Agreement and its exhibits shall prevail and govern in the case of any such inconsistent or additional terms.

7. **Term of Contract.**

The Term of this Amendment as it applies specifically to the State of Connecticut, Department of Public Health, shall be from January 1, 2006 through September 30, 2006.

8. **Cancellation and Recoupment**

(a.) This Amendment shall remain in full force and effect for the entire term of the contract period specified in Section 7 above, unless any party to this Amendment provides written notice to the other **thirty (30) days** or more from the date of termination, except that no cancellation by the Contractor may be effective for failure to provide services for the agreed price or rate and cancellation by the State of Connecticut, Department of Public Health shall not be effective against services already rendered, so long as the services were rendered in compliance with the contract during the term of the contract.

(b.) In the event the health or welfare of the service recipients is endangered, the State of Connecticut, Department of Public Health may cancel the contract and take any immediate action without notice it deems appropriate to protect the health and welfare of service recipients. The Department shall notify the contractor of the specific reasons for taking such action in writing within five (5) business days of cancellation. Within five (5) business days of receipt of this notice, the contractor may request in writing a meeting with the commissioner of the Department or his/her designee. Any such meeting shall be held within five (5) business days of the written request. At the meeting, the contractor shall be given an opportunity to present information on why the Department's actions should be reversed or modified. Within five (5) business days of such meeting, the commissioner of the Department shall notify the contractor in writing of his/her decision upholding, reversing or modifying the action of the Department. This action of the commissioner shall be considered final.

(c.) The Department reserves the right to cancel the contract without prior notice when the funding for the contract is no longer available.

(d.) The Department reserves the right to recoup any deposits, prior payment, advance payment or down payment made if the contract is terminated by either party. Allowable costs incurred to date of termination for operation or transition of program(s) under this contract shall not be subject to recoupment. The contractor agrees to return to the Department any funds not expended in accordance with the terms and conditions of the contract and, if the contractor fails to do so upon demand, the Department may recoup said funds from any future payments owing under this contract or any other contract between the state and the contractor.

*REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK.*

**Bill To:**
**Dept of Health and Welfare**
********
**Send invoices to location listed**
**450 W State St., 4th Floor**
**Boise, ID 83702**

# Dept of Health and Welfare Participating Addendum

THIS NUMBER MUST APPEAR ON ALL DOCUMENTS

**Participating Addendum PADD1006**

---

**DELIVER TO:** Dept of Health & Welfare
Division of Health
Immunization Program
450 W State St., 4th Floor
Boise, ID 83702
Attn: Tamarie Olson

**Date:** Mon Apr 12 2004

**F.O.B:** Destination

**Terms:**

**Contract From Date** Mon Mar 15, 2004

**Contract To Date:** Sat Mar 31, 2007

**VENDOR:** General Injectables & Vaccines Inc
Rt. 21-52 Terrace Hill
Bastian, VA 24314
Attn: Customer Service
Vendor Nbr:

**RFQ#:** RFQ04023

**Buyer:** FRANK L. PIERCE 208-327-7322

| Item No | Description | Quantity UOM | Unit Price | EXTENSION |
|---|---|---|---|---|
| 000 | BLANKET PURCHASE AGREEMENT ( line item particulars follow ) | 1 lot | | 300000.00 |
| | **Total:** | | | **300000.00** |

**BLANKET PURCHASE ORDER (BPO) AWARD**

This Contract is for Vaccine Storage and Shipping for the Department of Health & Welfare as bid and awarded by the State of New York National Vaccine Logistics Contract #18995. This Contract is to be drawn upon as requested by the Ordering Agency for the period noted above.
NOTICE TO CONTRACTOR: This Notice of Award is NOT an order to ship. Purchase orders against this BPO Contract will be furnished by the Ordering Agency on whose behalf this Contract is made.

Vendor Contact:......James W. Short
Phone:................276-6888-4121, ext 3051
Toll Free Number:...800-475-6475
Facsimile:.............800-554-7338

**AGREEMENT** dated as of April 1, 2004 between the City of New York, acting through the **Department of Health and Mental Hygiene** ("Department" or "DOHMH") with its principal office located at 125 Worth Street, New York, NY 10013 and **GENERAL INJECTABLES AND VACCINES, INC.** ("Contractor') a domestic corporation having its principal office located at Rt. 21-52 Terrace Hill, Bastian, VA 24314.

**WITNESSETH:**

**WHEREAS,** the New York State Office of General Services ("NYSOGS") has entered into a contract ("State Contract") with the Contractor, entitled "New York State National Vaccine Logistics Contract", to provide for the storage and distribution of publicly funded vaccines to public and private providers. Pursuant to the contract, Contractor shall furnish all labor, materials, supplies, equipment, travel and facilities necessary to provide vaccine distribution services; and

**WHEREAS,** the State contract authorizes local governments, including cities, to purchase services off the State Contract for the use of the local governments in accordance with the terms and provisions of the State Contract; and

**WHEREAS,** the Department has determined that there is a need for the said services and to enter into an Agreement to purchase these services in accordance with the State Contract and in accordance with the terms and conditions set forth below; and

**WHEREAS,** the Contractor was selected in as much as it is the only provider available through NYSOGS in this category of services;

**NOW, THEREFORE,** the parties hereto agree as follows:

**ARTICLE I . TERM, TERMINATION AND MODIFICATION OF AGREEMENT**

1.1 This Agreement shall commence upon notice to proceed and continue through March 31, 2007.

1.2 The Department may unilaterally cancel the contract on a monthly basis by providing written notification to the Contractor and New York State at least three (3) months prior to the requested date of cancellation. Cancellation will become effective the first of the month following the 3-month notification.
The Contractor may unilaterally cancel the contract on a monthly basis any time after the initial twelve (12) months of the contract by providing written notification to the Department at least six (6) months prior to the requested date of cancellation. Cancellation will become effective the first of the month following the 6-month notification but in no event any earlier than the beginning of the thirteenth (13) month of the contract.

ATTACHMENT A
STATE OF OKLAHOMA
CENTRAL PURCHASING DIVISION
TERMS AND CONDITIONS

**Contract Period.** The NYS/GIV contract period Contract Period for Award Number 18995 is March 15, 2004 through March 11, 2007.

**Renewal.** Upon mutual written agreement by both parties, *the Oklahoma contract period is* November 21, 2005 through November 20, 2006. The Oklahoma contract may be extended and renewed under the same terms and conditions for additional one (1) year periods of time upon the written agreement of both parties. A total of one (1) consecutive renewals are possible by the NYS/GIV agreement

**Funding Clause.** The State of Oklahoma obligation for performance of this contract beyond the contract period dates is contingent upon the availability of federal or state funds from which payment for contract purposes can be made. No legal liability on the part of the State for any payment may arise for performance under this contract until funds are made available to the State for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Central Purchasing Division.

**Jurisdiction or Venue.** The laws of the State of New York shall govern the Master NYS/NASPO agreement; provided that the laws of the State of Oklahoma govern the Participating Addendum and the individual transactions of the procuring agencies within the State of Oklahoma.

**Audit and Records.**
(a) As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form. On forming any contract with the State, the Contractor agrees any pertinent State or Federal agency will have the right to examine and audit all records relevant to execution of the resultant contract.
(b) Contractor is required to retain all records relative to this contract for the duration of the contract term and for a period of three years following completion and/or termination of the contract. If an audit, litigation, or other action involving such records are started before the end of the three year period, the records are required to be maintained for three years from the date that all issues arising out of the action are resolved or until the end of the three year retention period, whichever is later.

**Ordering.** Any supplies and/or services to be furnished under this contract shall be ordered by purchase orders by state agencies and authorized entities. There is no limit on the number that may be issued. Delivery to multiple destinations may be required. All orders are subject to the terms and conditions of this contract. Any order dated prior to expiration of this contract shall be performed. In the event of conflict between a purchase order and this contract, the contract shall have precedence.

**Invoice.** Proper invoices shall be submitted to the procuring agency with the appropriate purchase order, State Wide contract number and BPO Number referenced on the Invoice.

**Payment .** Payments shall be submitted to the Contractor at the address shown on the invoice. Payment shall be tendered to the Contractor within forty-five (45) of the date of receipt. After the forty-fifth day from the invoice receipt, the Contractor is eligible to receive interest on the unpaid balance due per State of Oklahoma statutes. The interest rate due is established by the Oklahoma State Treasurer's office each year. The Contractor is responsible for claiming the interest rate. The procuring agency shall make a good faith effort to pay within forty-five (45) days of the invoice receipt. Once the order is placed, VWR International will ship it directly to the Agency. They will send Agency an invoice directly. Agency in turn, will remit payment directly to VWR International.