**EXHIBIT 1.J**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF OREGON
# VFC CONTRACT

Copied as of 10/9/06

# Oregon

Theodore R. Kulongoski, Governor

Department of Administrative Services
State Procurement Office
1225 Ferry Street SE U140
Salem, Oregon 97301-4285
Phone (503) 378-4642
FAX (503) 373-1626

February 28, 2006

**Ms. Tracy Puckett**
**General Injectables & Vaccines, Inc.**
P.O. Box 9
Route 21-52, Terrace Hill
Bastian, VA, 24314

Re: **Contract #: Services Contract #4022**
Bid #: 33300018-03

Description: Vaccine for Children Program

The above referenced contract will expire after **March 12, 2006**. Provisions of the contract allow it to be further extended at the State's option with your concurrence. The State desires to extend the agreement for one (1) additional year at the current contract terms and conditions, but with new pricing as reflected below.

| Item # | Quantity / Unit | Description | Unit Cost |
|---|---|---|---|
| 1 | 0 EACH | CATEGORY 1 1-50 DOSES | $0.425 |
| 2 | 0 EACH | CATEGORY 2 51-300 DOSES | $0.263 |
| 3 | 0 EACH | CATEGORY 3 301 PLUS DOSES | $0.242 |

The new pricing reflects the results of our discussions and negotiations over your company's request for a price increase based upon documented increases in your expenses related to the delivery of services for the State of Oregon. The increases relate to fuel surcharges, special delivery services, and special packaging and shipping requirements. This letter constitutes our offer to extend for one (1) year at the current contract terms and conditions, and at the pricing reflected above.

If you are in agreement to extend the contract for the time period through February 12, 2007, please provide the requested information, execute page three (3), and return this letter to me as soon as possible. You may FAX the company's signed acceptance, bearing the signature of a person authorized to bind the company to the contract extension, to me at (503) 373-1626, or email an electronic signature copy of the response to me at nicholas.betsacon@state.or.us.

Please review the solicitation document to determine additional documentation required by this contract, *e.g.*, insurance certificate, bonding, documentation to support any requested price increases, and annual volume report.

Please sign and return this notice as soon as possible to:

Fax (503) 373-1626
Nicholas J. Betsacon
State Procurement Analyst
nicholas.betsacon@state.or.us

DAS State Procurement Office
1225 SE Ferry Street
Salem, Oregon 97310

**GIV, Inc.**
**Service Contract 4022**

Renewal:

_X_ Yes, I wish to extend the Services Contract for a one-year period with price adjustments as reflected on page 1 of this letter;

___ No, I do not wish to extend the contract.

I hereby attest or affirm under penalty of perjury that I am authorized to act on behalf of the Contractor in this matter, that I have authority and knowledge regarding the payment of taxes, and that Contractor is, to the best of my knowledge, not in violation of any Oregon Tax Laws.

For purposes of this certification, "Oregon Tax Laws" means those programs listed in ORS 305.380(4), as amended, the provisions of which are incorporated herein by this reference. Examples include, but are not limited to, the state inheritance tax, personal income tax, withholding tax, corporation income and excise taxes, amusement device tax, timber taxes, cigarette tax, other tobacco tax, 9-1-1 emergency communications tax, the elderly rental assistance program and local taxes administered by the Department of Revenue (Lane Transit District Self-Employment Tax, Lane Transit District Employer Payroll Tax, Tri-Metropolitan Transit District Employer Payroll Tax, and Tri-Metropolitan Transit District Self-Employment Tax).

Federal ID Number: 54-1251527

Total dollar volume of sales from this contract during past 12 months:
From January 1, 2005 to December 31, 2005 $ 67,487.12

[signature]
Authorized Signature

Vice President and General Manager
Title

276-688-2004
Telephone No.

2/28/06
Date

under the Contract.

E.9. RECYCLED PRODUCTS: Contractor shall use recycled and recyclable products to the maximum extent economically feasible in the performance of work under the Contract. These products shall include recycled paper, recycled PETE products, as defined in ORS 279.545(5), and other recycled plastic resin products.

E.10. TIME IS OF THE ESSENCE: Contractor agrees that time is of the essence in Contractor's performance of its obligations under the Contract.

E.11. FORCE MAJEURE: Neither State nor Contractor shall be held responsible for delay or default caused by fire, riot, acts of God, war, or any other cause which is beyond the party's reasonable control. Contractor shall, however, make all reasonable efforts to remove or eliminate such a cause of delay or default and shall, upon the cessation of the cause, diligently pursue performance of its obligations under the Contract. DAS may terminate the Contract upon written notice after reasonably determining that such delay or default will likely prevent successful performance of the Contract.

E.12. TERMINATION:

E.12.1. The Contract may be terminated at any time by mutual written consent of the parties or DAS may, at its sole discretion, terminate the Contract, in whole or in SECTION, for convenience.

E.12.2. DAS may terminate the Contract, in whole or in SECTION, immediately upon notice to Contractor, or at such later date as DAS may establish in such notice, upon the occurrence of any of the following events: (i) The Agency fails to receive funding, or appropriations, limitations or other expenditure authority at levels sufficient to pay for the Services to be provided under the Contract; or (ii) federal or State laws, regulations, or guidelines are modified or interpreted in such a way that either the purchase of Services under the Contract is prohibited, or the Agency is prohibited from paying for such Services from the planned funding source; or (iii) Contractor breaches any material provision of the Contract.

E.12.3. The notice shall state the extent and effective date of such termination. Upon receipt of the notice, the Contractor shall stop performance under this Contract as directed by the State. If this Contract is terminated, the Contractor will be paid in accordance with the terms of the Contract for Services performed and accepted which cannot be mitigated by resale as provided in ORS 72.7060 (Uniform Commercial Code).

**General Injectables & Vaccines, Inc.**
HIGHWAY 21 & 52
P.O. BOX 9
BASTIAN, VA 24314-0009

GIV®

**Contract Services**
1-800-270-2273
FAX 1-800-554-8338

October 23, 2003

Ms. Mimi Luther
Oregon Vaccines For Children Program
800 NE Oregon Street # 570
Portland, OR 97232

RE: Vaccines for Children Emergency Contract

Dear Mimi:

Enclosed you will find the fully executed emergency VFC distribution contract. GIV plans to make this as smooth a transition as we possibly can for you and your staff.

We thank you for allowing us the opportunity to serve you once again and look forward to many years to come.

Sincerely,

Tracy Puckett

Tracy B. Puckett
Manager, Contract Services

# Oregon Department of Human Services

Health Services, Office of Family Health, Immunization Program, Vaccines For Children (VFC)

This is an **emergency contract**, as authorized by Oregon Administrative Rule (OAR) 125.310.0030, between the Oregon Department of Human Services, Health Services Vaccines for Children program (HS-VFC) and General Injectables and Vaccines (GIV), hereafter referred to as Contractor.

Duration of Emergency Contract:
Effective October 20, 2003
End Date: Close of Business, January 31, 2004

*************************************************************

## TABLE OF CONTENTS

*************************************************************


1. Scope of Program
2. Specifications and Requirements
3. Standard Terms and Conditions
4. Deliverables
5. Price per Dose
6. Certifications & Signatures

Attachment I


*************************************************************

1. SCOPE OF PROGRAM.

1.1 Program Purpose:

1.2 The HS administers the Federal Vaccines for Children Program (VFC) in Oregon; recruits and enrolls providers; processes vaccine orders; distributes information to providers and develops public awareness campaigns; solves problems related to vaccine acquisition and distribution; and maintains an automated list of participating immunization providers in the state of Oregon