**EXHIBIT 1.K**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF PENNSYLVANIA VFC CONTRACT

Copied as of 10/9/06

APPENDIX E
SPC 701402
4000002859 A003

# IFB BID SHEET

Pennsylvania Department of Health
Bureau of Communicable Diseases
Division of Immunizations
PA Vaccines for Children Program

The undersigned Contractor hereby agrees to furnish all labor, transportation, equipment, materials, supplies, facilities, and services necessary for compliance to and according to all the provisions listed in this IFB document for the sum of $264,915.00.

| **Please Print or Type** | |
|---|---|
| Bidder's Firm Name<br>GENERAL INJECTABLES & VACCINES, INC. | |
| Type of Business (Individual, Partnership, Corporation, etc.)<br>CORPORATION | |
| Street<br>80 SUMMIT VIEW LANE | |
| City/State<br>BASTIAN, VA | Zip Code<br>24314 |
| Telephone<br>( 276 ) 688-4121 | Fax<br>( 276 ) 688-2011 |
| Bidder's Name<br>TRACY PUCKETT [signature] | Title<br>MANAGER, GOVERNMENT CONTRACTS |

Contract Term February 1, 2006 – January 31, 2007

| | | | | | |
|---|---|---|---|---|---|
| 1 through 50 doses | @ $ 0.385 | per dose X | 75,000 doses | = | $ 28,875 |
| 51 through 100 doses | @ $ 0.231 | per dose X | 290,000 doses | = | $ 66,990 |
| 101 through 300 doses | @ $ 0.223 | per dose X | 330,000 doses | = | $ 73,590 |
| 301 through 600 doses | @ $ 0.22 | per dose X | 276,000 doses | = | $ 60,720 |
| Shipments greater than 600 doses | @ $ 0.193 | per dose X | 180,000 doses | = | $ 34,740 |
| | | | | **TOTAL** | **$264,915** |

Note: The estimated number of doses to be shipped for the one-year contract period is based on the one-year shipment data in Attachment 6. To determine the Total bid cost, enter the cost per dose and multiply by the number of doses for each of the five shipment sizes and total the dollar amounts. Enter the one-year contract period total dollar figure from above in the "TOTAL" block on the SERVICE BID/CONTRACT form.

Contract award will be made on the Total $ amount above.

APPENDIX E
SPC 701402

# IFB BID SHEET

Pennsylvania Department of Health
Bureau of Communicable Diseases
Division of Immunizations
PA Vaccines for Children Program

The undersigned Contractor hereby agrees to furnish all labor, transportation, equipment, materials, supplies, facilities, and services necessary for compliance to and according to all the provisions listed in this IFB document for the sum of $

| **Please Print or Type** | |
|---|---|
| Bidder's Firm Name<br>GENERAL INJECTABLES & VACCINES, INC. | |
| Type of Business (Individual, Partnership, Corporation, etc.)<br>CORPORATION | |
| Street<br>80 SUMMIT VIEW LANE | |
| City/State<br>BASTIAN, VA | Zip Code<br>24314 |
| Telephone<br>( 276 ) 688-4121 | Fax<br>( 276 ) 688-2011 |
| Bidder's Name<br>TRACY PUCKETT [signature] | Title<br>MANAGER, GOVERNMENT CONTRACTS |

Contract Term February 1, 2007 – January 31, 2008

| | | | | | |
|---|---|---|---|---|---|
| 1 through 50 doses @ $ 0.42 | per dose | X | 140,000 doses | = | $ 58,800.00 |
| 51 through 100 doses @ $ 0.25 | per dose | X | 380,000 doses | = | $ 95,000.00 |
| 101 through 300 doses @ $ 0.25 | per dose | X | 460,000 doses | = | $ 115,000.00 |
| 301 through 600 doses @ $ 0.24 | per dose | X | 468,000 doses | = | $ 112,320.00 |
| Shipments greater than 600 doses @ $ 0.21 | per dose | X | 300,000 doses | = | $ 63,000.00 |
| | | | | TOTAL | **$ 444,120.00** |

Note: The estimated number of doses to be shipped for the two-year contract period is based on the one-year shipment data in Attachment 6. To determine the Total bid cost, enter the cost per dose and multiply by the number of doses for each of the five shipment sizes and total the dollar amounts. Enter the two-year contract period total dollar figure from above in the "TOTAL" block on the SERVICE BID/CONTRACT form.

Contract award will be made on the Total $ amount above.

payment for partially completed work including, where applicable, reports and working papers, delivered to and accepted by the Commonwealth shall be in an amount agreed upon by the Contractor and Contracting Officer. The Commonwealth may withhold from amounts otherwise due the Contractor for such completed or partially completed works, such sum as the Contracting Officer determines to be necessary to protect the Commonwealth against loss.

d. The rights and remedies of the Commonwealth provided in this paragraph shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract.

e. The Commonwealth's failure to exercise any rights or remedies provided in this paragraph shall not be construed to be a waiver by the Commonwealth of its rights and remedies in regard to the event of default or any succeeding event of default.

f. Following exhaustion of the Contractor's administrative remedies as set forth in Paragraph 19, the Contractor's exclusive remedy shall be to seek damages in the Board of Claims.

**17. FORCE MAJEURE**

Neither party will incur any liability to the other if its performance of any obligation under this Contract is prevented or delayed by causes beyond its control and without the fault or negligence of either party. Causes beyond a party's control may include, but aren't limited to, acts of God or war, changes in controlling law, regulations, orders or the requirements of any governmental entity, severe weather conditions, civil disorders, natural disasters, fire, epidemics and quarantines, general strikes throughout the trade, and freight embargoes.

The Contractor shall notify the Commonwealth orally within five (5) days and in writing within ten (10) days of the date on which the Contractor becomes aware, or should have reasonably become aware, that such cause would prevent or delay its performance. Such notification shall (i) describe fully such cause(s) and its effect on performance, (ii) state whether performance under the contract is prevented or delayed and (iii) if performance is delayed, state a reasonable estimate of the duration of the delay. The Contractor shall have the burden of proving that such cause(s) delayed or prevented its performance despite its diligent efforts to perform and shall produce such supporting documentation as the Commonwealth may reasonably request. After receipt of such notification, the Commonwealth may elect either to cancel the Contract or to extend the time for performance as reasonably necessary to compensate for the Contractor's delay.

In the event of a declared emergency by competent governmental authorities, the Commonwealth by notice to the Contractor, may suspend all or a portion of the Contract.

**18. TERMINATION PROVISIONS**

The Commonwealth has the right to terminate this Contract for any of the following reasons. Termination shall be effective upon written notice to the Contractor.

a. TERMINATION FOR CONVENIENCE: The Commonwealth shall have the right to terminate the Contract for its convenience if the Commonwealth determines termination to be in its best interest. The Contractor shall be paid for work satisfactorily completed prior to the effective date of the termination, but in no event shall the Contractor be entitled to recover loss of profits.

b. NON-APPROPRIATION: The Commonwealth's obligation to make payments during any Commonwealth fiscal year succeeding the current fiscal year shall be subject to availability and appropriation of funds. When funds (state and/or federal) are not appropriated or otherwise made available to support continuation of performance in a subsequent fiscal year period, the Commonwealth shall have the right to terminate the contract. The contractor shall be reimbursed for the reasonable value of any nonrecurring costs incurred but not amortized in the price of the supplies or services delivered under

## IX. MINIMUM BID REQUIREMENTS

Bidder submissions shall, at a minimum, meet the following requirements:

A. Ability to handle receipts and shipments weighing up to 180 pounds per single shipment container.
B. Storage capacities for chilled vaccines that are flexible enough to accommodate increases in demand of 50 percent of anticipated inventory volumes as indicated in Attachment 5.
C. Storage of all vaccines according to the manufacturer's specifications.
D. Secured storage.
E. 24-hour electronic temperature monitoring and alarms to prevent vaccine loss due to inappropriate storage temperatures.
F. Appropriate licenses to operate in the state.
G. Compliance with all State and Federal laws/regulations and guidelines.

## X. CONTRACT TERM

The contract to be awarded through this IFB will have a base period of two years. At the sole discretion of the Department, the contract may be renewed or extended for three additional one-year periods. The cost of any renewal contract will be subject to negotiations that shall commence at least sixty (60) days prior to the termination of this contract. Any cost increase negotiated in subsequent renewals shall not exceed a ten percent increase over the most recent twelve (12) month period immediately prior to the date negotiations begin.

## XI. REFERENCES

Bidders submissions to this IFB shall provide the names, addresses, and phone numbers of three references that will allow the Department to verify:

A. Successful performance of similar large-scale efforts.
B. Compliance with specifications and contractual obligations.
C. Completion or delivery of a project on schedule.
D. Lawful payment of suppliers, subcontractors, and workers.

## XII. REJECTION OF BIDS

The Commonwealth reserves the right to reject any and all bids received as a result of this Invitation for Bids, to waive technical defects or an informality in bids, and to accept or reject any part of any bid if, in the Department's judgment, the interests of the Commonwealth are thereby served.

## XIII. BID FORMAT AND SUBMISSION

The following forms must be completed and accompany the bid.

1. Include with the bid the Service Bid/Contract form STD-271P. Also include with the bid at least one copy of the signed Contractor Certifications Form Section III, certifying the validity of the bid for 60 days from the deadline date for submission of bids and certifying that the contractor and (any) subcontractors are not