**EXHIBIT 1.L**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF TENNESSEE
# VFC CONTRACT

Copied as of 10/9/06

**STATE OF TENNESSEE**
**DEPARTMENT OF HEALTH**
**Bureau of Health Services**
4th Floor Cordell Hull Building
425 5th Avenue, North
Nashville, Tennessee 37247-4501

July 7, 2006

Tracy Puckett, Contract Manager
General Injectables and Vaccines, Inc.
PO Box 9, Highway 21 and 52
Bastian, VA 24314-0009

RE: Communicable and Environmental Disease Services – FA-07-16836-00

Dear Ms. Puckett:

Enclosed is an approved contract between the Department of Health and General Injectables and Vaccines, Inc. for the provision of Communicable and Environmental Disease Services. The term of this contract is July 1, 2006 – March 31, 2007.

**All reimbursement requests (invoices) should be sent directly to Pamelia Baggett, Program Director, Tennessee Immunization Program, Tennessee Department of Health,** 3rd Floor Cordell Hull Building, 425 5th Avenue North, Nashville, Tennessee 37247-4104 for review and approval. Quarterly and annual expenditure reports should be sent directly to Mr. Doug Curry, Fiscal Services Section, 10th Floor, Andrew Johnson Tower, 710 James Robertson Parkway, Nashville, TN 37243-0310.

Should you have questions regarding the Scope of Services or the budget, please contact Ms. Baggett at 615-741-7507. If I may be of assistance, you may contact me at 675-741-2974 or Wendy.R.Siebert@state.tn.us.

Sincerely,

W. Siebert

Wendy R. Siebert
Contract Administrator

wrs

cc: Pamelia Baggett

A.13. The Contractor shall not insert any flyers, advertisements, or products into State vaccine shipments without prior written approval from the State's Immunization Program Director or designee. The Contractor shall include VFC order forms and other related material (up to 5 pages), provided by the State, with each shipment.

A.14. The Contractor understands and agrees that, upon implementation of the Centers for Disease Control and Prevention Vaccine Management Business Improvement Plan, the State will notify the Contractor thirty (30) days in advance of its intention to terminate the Contract.

B. CONTRACT TERM:

B.1. Contract Term. This Contract shall be effective for the period commencing on July 1, 2006 and ending on March 31, 2007. The State shall have no obligation for services rendered by the Contractor which are not performed within the specified period.

C. PAYMENT TERMS AND CONDITIONS:

C.1. Maximum Liability. In no event shall the maximum liability of the State under this Contract exceed Two Hundred Forty Five Thousand Dollars ($245,000). The Service Rates in Section C.3 shall constitute the entire compensation due the Contractor for the Service and all of the Contractor's obligations hereunder regardless of the difficulty, materials or equipment required. The Service Rates include, but are not limited to, all applicable taxes, fees, overheads, and all other direct and indirect costs incurred or to be incurred by the Contractor.

The Contractor is not entitled to be paid the maximum liability for any period under the Contract or any extensions of the Contract for work not requested by the State. The maximum liability represents available funds for payment to the Contractor and does not guarantee payment of any such funds to the Contractor under this Contract unless the State requests work and the Contractor performs said work. In which case, the Contractor shall be paid in accordance with the Service Rates detailed in Section C.3. The State is under no obligation to request work from the Contractor in any specific dollar amounts or to request any work at all from the Contractor during any period of this Contract.

C.2. Compensation Firm. The Service Rates and the Maximum Liability of the State under this Contract are firm for the duration of the Contract and are not subject to escalation for any reason unless amended.

C.3. Payment Methodology. The Contractor shall be compensated based on the Service Rates herein for units of service authorized by the State in a total amount not to exceed the Contract Maximum Liability established in Section C.1. The Contractor's compensation shall be contingent upon the satisfactory completion of units of service or project milestones defined in Section A. The Contractor shall be compensated based upon the following Service Rates:

| SERVICE UNIT/MILESTONE | AMOUNT |
| --- | --- |
| Unit Rate Per Dose of Vaccine Shipped | $.204 per dose |

The Contractor shall submit monthly invoices, in form and substance acceptable to the State with all of the necessary supporting documentation, prior to any payment. Such invoices shall be submitted for completed units of service or project milestones for the amount stipulated.

C.4. Travel Compensation. The Contractor shall not be compensated or reimbursed for travel, meals, or lodging.

C.5. Payment of Invoice. The payment of the invoice by the State shall not prejudice the State's right to object to or question any invoice or matter in relation thereto. Such payment by the State shall neither be construed as acceptance of any part of the work or service provided nor as an approval of any of the amounts invoiced therein.

C.6. Invoice Reductions. The Contractor's invoice shall be subject to reduction for amounts included in any invoice or payment theretofore made which are determined by the State, on the basis of audits conducted in accordance with the terms of this contract, not to constitute proper remuneration for compensable services.

C.7. Deductions. The State reserves the right to deduct from amounts which are or shall become due and payable to the Contractor under this or any contract between the Contractor and the State of Tennessee any amounts which are or shall become due and payable to the State of Tennessee by the Contractor.

C.8. Automatic Deposits. The Contractor shall complete and sign an "Authorization Agreement for Automatic Deposit (ACH Credits) Form." This form shall be provided to the Contractor by the State. Once this form has been completed and submitted to the State by the Contractor all payments to the Contractor, under this or any other contract the Contractor has with the State of Tennessee shall be made by Automated Clearing House (ACH). The Contractor shall not invoice the State for services until the Contractor has completed this form and submitted it to the State.

D. STANDARD TERMS AND CONDITIONS:

D.1. Required Approvals. The State is not bound by this Contract until it is approved by the appropriate State officials in accordance with applicable Tennessee State laws and regulations.

D.2. Modification and Amendment. This Contract may be modified only by a written amendment executed by all parties hereto and approved by the appropriate Tennessee State officials in accordance with applicable Tennessee State laws and regulations.

D.3. Termination for Convenience. The State may terminate this Contract without cause for any reason. Said termination shall not be deemed a Breach of Contract by the State. The State shall give the Contractor at least thirty (30) days written notice before the effective termination date. The Contractor shall be entitled to receive compensation for satisfactory, authorized service completed as of the termination date, but in no event shall the State be liable to the Contractor for compensation for any service which has not been rendered. Upon such termination, the Contractor shall have no right to any actual general, special, incidental, consequential, or any other damages whatsoever of any description or amount.

D.4. Termination for Cause. If the Contractor fails to properly perform its obligations under this Contract in a timely or proper manner, or if the Contractor violates any terms of this Contract, the State shall have the right to immediately terminate the Contract and withhold payments in excess of fair compensation for completed services. Notwithstanding the above, the Contractor shall not be relieved of liability to the State for damages sustained by virtue of any breach of this Contract by the Contractor.

D.5. Subcontracting. The Contractor shall not assign this Contract or enter into a subcontract for any of the services performed under this Contract without obtaining the prior written approval of the State. If such subcontracts are approved by the State, they shall contain, at a minimum, sections of this Contract pertaining to "Conflicts of Interest" and "Nondiscrimination" (sections D.6. and D.7.). Notwithstanding any use of approved subcontractors, the Contractor shall be the prime contractor and shall be responsible for all work performed.

D.6. Conflicts of Interest. The Contractor warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages,