**EXHIBIT 1.M**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF TEXAS VFC CONTRACT

Copied as of 10/9/06

TEXAS
Health and Human
Services System

**Form CPS .032**

# PURCHASE ORDER CHANGE/ RENEWAL NOTICE

| | | | |
|---|---|---|---|
| **FROM:** | HHS Enterprise Contract and Procurement Services | **DATE:** | July 17, 2006 |
| **TO:** | General Injectables & Vaccines, Inc.<br>80 Summit View Lane<br>PO Box 9<br>Bastian, VA 24314-0009 | **Original Contract No.**<br>**Current PO#:** | 50100-2-0000205443<br>53700-5-0000310293 |
| **Vendor contact Name & Phone:** | Attn: Tracy Puckett<br>276-688-2004 | **Purchaser Name/Address & Fax Number:**<br>Gwen O'Bannon, CTPM<br>909 West 45th Street, Building 1, Room 119<br>Austin, TX 78751<br>Fax: 512-206-5511 | |
| **INSTRUCTIONS TO VENDOR:** | **Please sign and return to purchaser at address or fax number shown.** | | |

THE HEALTH AND HUMAN SERVICES COMMISSION AND GENERAL INJECTABLES & VACCINES, INC. (GIV) HEREBY AGREE TO RENEW THE REFERENCED PO CONTRACT FOR STATEWIDE VACCINE DISTRIBUTION IN ACCORDANCE WITH THE SAME TERMS AND CONDITIONS AS THE ORIGINAL SOLICITATION AND RESULTANT PURCHASE ORDER.

FOR AN ADDITIONAL TWELVE (12) MONTH PERIOD

FROM: 09/01/06 TO : 08/31/07

ESCALATION RATE: NOT TO EXCEED 14.1%

THIS CONTRACT IS CONTINGENT UPON THE CONTINUED AVAILABILITY OF FUNDING. IF FUNDS BECOME UNAVAILABLE THROUGH LACK OF APPROPRIATIONS, BUDGET CUTS, TRANSFER OF FUNDS BETWEEN PROGRAMS OR AGENCIES, AMENDMENT OF THE APPROPRIATIONS ACT, HEALTH AND HUMAN SERVICE AGENCY CONSOLIDATIONS, OR ANY OTHER DISRUPTION OF CURRENT APPROPRIATIONS, THE PROVISION OF THE TERMINATION ARTICLE SHALL APPLY.

THIS CONTRACT MAY BE ASSIGNED TO A SUCCESSOR AGENCY OR AGENCIES. NO OTHER ASSIGNMENT OF THIS CONTRACT OR THE RIGHTS AND OBLIGATIONS HEREUNDER WILL BE VALID WITHOUT WRITTEN CONSENT OF THE NON-ASSIGNING PARTY.

Tracy Puckett
AUTHORIZED SIGNATURE FOR VENDOR APPROVAL

8/3/06
DATE

Gwen O'Bannon, CTPM
AUTHORIZED SIGNATURE FOR ENTERPRISE CONTRACT AND PROCUREMENT SERVICES

JULY 17, 2006
DATE

**NOTE: THIS FORM TO BE USED FOR ALL PO CONTRACTS EXECUTED BY HHS AGENCIES THAT ARE ELIGIBLE TO BE RENEWED UNDER THE EXISTING CONTRACT. PURCHASE ORDER CONTRACT RENEWAL IS NOT VALID WITHOUT ECPS APPROVAL.**

17 **DELIVERY DELAY:**
If delivery delay is foreseen, the vendor/contractor shall give written notice to TDH-CPS. TDH-CPS has the right to extend the delivery date if reasons appear valid. The vendor/contractor must keep TDH-CPS advised at all times of status of the Contract/Purchase Order. Default in promised delivery (without accepted reasons) or failure to meet specifications authorizes TDH-CPS to purchase commodities and/or services elsewhere and charge full increase in costs, if any, to the defaulting vendor/contractor.

18 **CANCELLATION:**
Unless stated otherwise in this solicitation, any resultant Contract/Purchase Order may be cancelled with thirty (30) days written notice by vendor or TDH-CPS.

19 **LACK OF APPROPRIATED FUNDING:**
Any Contract/Purchase Order resulting from this solicitation, or continuance of same, is contingent upon the continued availability of appropriations. If funds become unavailable, the Contract/Purchase Order will be terminated. In that event, the parties shall be discharged from further obligations.

20 **FAILURE TO FURNISH REQUIRED DOCUMENTATION:**
Failure to furnish any required documentation of this solicitation, may result in the response being deemed incomplete and non-responsive, resulting in rejection.

21 **ABANDONMENT OR DEFAULT:**
If the vendor/contractor defaults on the Contract/Purchase Order, TDH reserves the right to cancel the Contract/Purchase Order without notice and either re-solicit or re-award the Contract/Purchase Order to the next best responsive and responsible respondent including any negotiations that may be allowed.

22 **AWARDS BASED ON SOLICITATION RESPONSE TO TERMS, CONDITIONS AND SPECIFICATIONS:**
A response to this solicitation is an offer to contract based upon the terms, conditions and specifications contained herein. Solicitations/Responses do not become Contracts/Purchase Orders until they are accepted through a Contract/Purchase Order. The Contract/Purchase Order shall be governed, construed and interpreted under the laws of the State of Texas as the same may be amended from time to time. The factors listed in Texas Government Code, Title 10, Subtitle D, Section 2155.074, 2155.144, 2156.007, 2157.003 may also be considered in making an award when specified. Any legal actions must be filed in Travis County, Texas.

23 **SUBSTITUTIONS:**
Substitutions to the commodities/services appearing on the Contract/Purchase Order are not permitted without written approval by TDH-CPS.

24 **PROMPT PAYMENT- Invoice Submittal:**
Payment will be made in accordance with the Texas Prompt Payment Law, TGC, Subtitle F, Chapter 2251. Vendor shall submit, to the designated address, three (3) copies of an itemized invoice showing the purchase order number, i.e., 501#, Payee ID#, remit address and phone number on all copies. The State will incur no penalty for late payment if payment is made in thirty (30) or fewer days from receipt of goods or services and a correct invoice, whichever is later. NOTE: Warrants will not be issued to a vendor