**EXHIBIT 1.N**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF UTAH
# VFC CONTRACT

Copied as of 10/9/06

UTAH DEPARTMENT OF HEALTH
Box 142001
288 North 1460 West, Salt Lake City, Utah 84114-2001

# CONTRACT AMENDMENT

H0100501
Department Log Number

01-6412
State Contract Number

Amendment Number 01

1. CONTRACT NAME:
The name of this Contract is Vaccine Distribution .

2. CONTRACTING PARTIES:
This Contract Amendment is between the Utah Department of Health (DEPARTMENT), and General Injectables & Vaccines, Inc. (CONTRACTOR).

3. PURPOSE OF CONTRACT AMENDMENT:

To increase contract amount and extend contract period for continued contract services.

4. CHANGES TO CONTRACT:

A. Page 1, Section 3, CONTRACT PERIOD, is changed to read:

The Service period of this Contract will be January 1, 2001 through December 31, 2006, unless terminated or extended by agreement in accordance with the terms and conditions of this Contract.

B. Page 1, Section 4, CONTRACT AMOUNT, is changed to read:

The Contractor will be paid up to a maximum amount of $750,000.00 in accordance with the provisions in this Contract. This Contract is funded with 100% Federal funds and with 0% State funds. The CFDA# is 93.268 and relates to the federal funds provided.

C. Attachment B, Special Provisions, Page 1, CONTRACT MODIFICATIONS AND TERMINATION, the first paragraph is changed to read: At the option of the UDOH, as long as federal funding is available, by mutual agreement of both parties, this contract is effective January 1, 2001, until December 31, 2006.

D. Attachment B, Special Provisions, Page 2, BILLINGS AND PAYMENT, the first paragraph and the dose chart are changed to read:

BILLINGS AND PAYMENT

The UDOH shall pay the CONTRACTOR for services rendered under this agreement. The CONTRACTOR will be paid up to a maximum amount of $125,000.00 per grant year, (January 1 - December 31) not to exceed the total contract amount of $750,000.00. The CONTRACTOR shall bill the UDOH for shipping activities on a cost-per-dose basis as follows:

| NUMBER OF DOSES | PRICE PER DOSE |
|---|---|
| 1 - 50 | $0.19 |
| 51 - 100 | $0.166 |
| 101 - 300 | $0.166 |
| 301 - 600 | $0.154 |
| 601 or more | $0.154 |

E. All other provisions of the Agreement remain unchanged.

5. EFFECTIVE DATE OF AMENDMENT: This amendment is effective January 1, 2006.

6. If the Contractor is not a local public procurement unit as defined by the Utah Procurement Code (UCA § 63-56-5), this Contract Amendment must be signed by a representative of the State Division of Finance and the State Division of Purchasing to bind the State and the Department to this Contract Amendment.

# UTAH DEPARTMENT OF HEALTH
# STANDARD TERMS AND CONDITIONS

ATTACHMENT "A"

1. AUTHORITY: This Contract is made pursuant to the authority set forth in Title 63, Chapter 56, Utah Code Annotated, 1953, as ›nded, (UCA), Utah State Procurement Rules (Utah Administrative Code Rule R33), and related statutes which permit the Utah ‥partment of Health, (Department), to purchase certain specified services, and other approved purchases for the Department.

2. CONTRACT JURISDICTION, CHOICE OF LAW, AND VENUE: The provisions of this Contract shall be governed by the laws of the State of Utah. The parties submit to the jurisdiction of the courts of the State of Utah for any dispute arising out of this Contract or the breach thereof. Venue shall be in Salt Lake City, in the Third Judicial District Court for Salt Lake Co.

3. CONTRACTOR, AN INDEPENDENT CONTRACTOR: The Contractor shall be an independent contractor, and as such, shall have no authorization, express or implied, to bind the Department to any agreements, settlements, liability, or understanding whatsoever, and agrees not to perform any acts as agent for the Department, except as herein expressly set forth. Compensation stated herein shall be the total amount payable to the Contractor by the Department. The Contractor shall be responsible for the payment of all income tax and social security amounts due as a result of payments received from the Department for these contract services. Persons employed by the Department and acting under the direction of the Department shall not be deemed to be employees or agents of the Contractor.

4. HEALTH STANDARDS: The Contractor agrees to abide by the Utah Indoor Clean Air Act, Title 26, Chapter 38, UCA.

5. CONFLICT OF INTEREST: The Contractor represents that none of it's officers or employees are officers or employees of the State of Utah, unless disclosure has been made in accordance with §§ 67-16-8, UCA.

6. RENEGOTIATION OR MODIFICATIONS: This Contract may be amended, modified, or supplemented only by written amendment to the Contract, executed by the parties hereto, and attached to the original signed copy of the Contract.

7. INDEMNITY CLAUSE: Each party agrees to indemnify, save harmless, and release the other party, and all its officers, agents, volunteers and employees from and against any and all losses, damages, injuries, liabilities, suits and proceedings arising out of the performance of this Contract caused by the negligence of its officers, agents, volunteers, or employees.

8. AUDIT OF RECORDS: The Contractor agrees to allow federal and state auditors, and Department staff, access to all the records necessary for a full and complete audit for audit, inspection, and monitoring of services. Such access will be during normal business hours or by appointment.

9. RECORDS ADMINISTRATION: The Contractor shall maintain or supervise the maintenance of all records necessary to properly ·unt for the payments made to the Contractor for costs authorized by this Contract. These records shall be retained by the Contractor ‹ least four years after the Contract terminates, or until all audits initiated within the four years, have been completed, whichever is later.

10. TERMINATION: Unless otherwise stated in the Special Provisions, this Contract may be terminated with cause by either party, in advance of the specified expiration date, upon written notice being given to the other party. This Contract may be terminated without cause by the Department, upon 30 days written notice. If funding to the Department is reduced due to an order by the Legislature or the Governor, or is required by federal or state law, the Department may terminate this Contract or proportionately reduce the services and goods due and the amount due from the Department upon 30 days written notice. If the specific funding source for the subject matter of this Contract is reduced, the Department may terminate this Contract or proportionately reduce the services and goods due and the amount due from the Department upon 30 days written notice. Upon termination of the Contract, all accounts and payments for services rendered to the date of termination will be processed according to the financial arrangements set forth herein. If the Department terminates this Contract, the Contractor shall stop all work as specified in the notice of termination. The Department shall not be liable for work or services performed beyond the termination date as specified in the notice of termination.

11. SEPARABILITY CLAUSE: The declaration by any court, or any other binding legal source, that any provision of this Contract is illegal and void shall not affect the legality and enforceability of any other provision of this Contract unless said provisions are mutually dependent.

12. WAIVER: The waiver by either party of any provision, term, covenant or condition of this Contract shall not be deemed to be a waiver of any other provision, term, covenant or condition of this Contract nor any subsequent breach of the same or any other provision, term, covenant or condition of this Contract.

13. EQUAL OPPORTUNITY CLAUSE: The Contractor agrees to abide by the provisions of the Civil Rights Act of 1964 (42 USC 2000e), Titles VI and VII which prohibit discrimination against any employee or applicant for employment or any applicant or recipient of services on the basis of race, religion, color, or national origin; and further agrees to abide by Executive Order No. 11246, as amended, which prohibits discrimination on the basis of sex, 45 CFR 90 which prohibits discrimination on the basis of age; the Rehabilitation Act of 1973, Section 504, which prohibits discrimination on the basis of handicap, and the Americans with Disabilities Act of 1990, which prohibits discrimination on the basis of disability. The Contractor also agrees to abide by Utah's Executive Order dated June 30, 1989, which prohibits sexual harassment in the workplace.

14. DEBARMENT: The Contractor certifies that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction (Contract) by any governmental department or agency. If the C‥actor cannot certify this statement a written explanation must be attached for review by the Department. The Contractor must also ‥ the Department if the Contractor has been debarred within the Contract period.