**EXHIBIT 1.O**

**Plaintiff's Second Motion to**
**Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States***
**No. 06-683C (Judge Eric G. Bruggink)**

**Supplemental Declaration of Tracy B. Puckett**

# STATE OF VIRGINIA
# VFC CONTRACT

**Copied as of 10/9/06**

# COMMONWEALTH of VIRGINIA

*Department of Health*

ROBERT B. STROUBE, MD., M.P.H.
STATE HEALTH COMMISSIONER

P O BOX 2448
RICHMOND, VA 23218

TTY 7-1-1 OR
1-800-828-1120

## NOTICE OF CONTRACT RENEWAL / MODIFICATION

Date: November 21, 2005

Contract Number: 601-607-01

Modification Number: 6

Renewals: Renewal Number: 4 (one, 1-year term remains)

Issued By:
Commonwealth of Virginia Department of Health
Virginia Department of Health
Division of Immunization
109 Governor Street, 3rd Floor (Note new address)
Richmond, VA 23219

RECEIVED
2006 JAN 18 A 9 42
DIV OF IMMUNIZATION

Contractor:
General Injectables & Vaccines, Inc.
Highway 21 & 52
P.O. Box 9
Bastian, VA 24314-0009

Commodity: Vaccine Distribution Services

Effective Date: December 1, 2005

This contract modification is entered into pursuant to the provision of General Terms and Conditions paragraph "O" and Special Terms and Condition paragraph "J" of the basic contract.

Description of Modification:

1. **Change:** Whereas the Commonwealth desires to extend the current performance period of the contract; now therefore it is agreed that the contract performance period shall be extended from December 1, 2005 through December 31, 2006 at the following price:

   - For shipments containing 1 – 300 doses: $0.165 per dose,
   - For shipments containing 301 + doses: $0.155 per dose.

**Clarification:** This price includes the maximum increase established by the contract clause L. Price Escalation/De-Escalation and the CPI-W index for the Services, seasonally unadjusted, category of 3.3% (from September 2004 through September 2005).

audited by the Commonwealth of Virginia, whichever is sooner. The agency, it's authorized agents, and/or State auditors shall have full access to and the right to examine any of said materials during said period.

D. Cancellation and Additions to Contract: The purchasing agency reserves the right to cancel and terminate any resulting contract, in part or in whole, without penalty, upon 30 days written notice to the Contractor. Any contract cancellation notice shall not relieve the Contractor of the obligation to deliver and/or perform on all outstanding orders issued prior to the effective date of cancellation. Contractor shall credit VVFC for the applicable decrease in service. VVFC reserves the right to add similar equipment/system at same contract rate or negotiated maintenance service under this contract.

E. CONFIDENTIALITY (Contractor): The contractor assures that information and data obtained as to personal facts and circumstances related to clients will be collected and held confidential, during and following the term of this agreement, and will not be divulged without the individuals' and the agency's written consent. Any information to be disclosed, except to the agency, must be in summary, statistical, or other form which does not identify particular individuals. Contractors and their employees working on this project agree to these terms.

F. DRUG FREE WORKPLACE: The contractor acknowledges and certifies that it understands that the following acts by the contractor, its employees, and/or agents performing services on state property are prohibited:

1. The unlawful manufacture, distribution, dispensing, possession or use of alcohol or other drugs; and

2. Any impairment or incapacitation from the use of alcohol or other drugs (except the use of drugs for legitimate medical purposes).

The contractor further acknowledges and certifies that it understands that a violation of these prohibitions constitutes a breach of contract and may result in default action being taken by the Commonwealth in addition to any criminal penalties that may result from such conduct.

G. IDENTIFICATION OF PROPOSAL ENVELOPE: If a special envelope is not furnished, or if return in the special envelope is not possible, the signed bid/proposal should be returned in a separate envelope or package, sealed and identified as follows:

From:________________________ Name of Offeror Due Date Time

________________________

Street or Box Number RFP No. 601-607-01