# EXHIBIT 2

**Plaintiff's Second Motion to Supplement the Administrative Record,**
***General Injectables & Vaccines, Inc. v. United States*,**
**No. 06-683C (Judge Eric G. Bruggink)**

**Proposed Order**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC., Plaintiff, | |
| v. | No. 06-683C (Judge Eric G. Bruggink) |
| UNITED STATES OF AMERICA, Defendant, | |
| and | |
| MCKESSON SPECIALTY DISTRIBUTION LLC, Intervenor. | |

**ORDER**

Upon consideration of Plaintiff General Injectables & Vaccines, Inc.'s Second Motion to Supplement the Administrative Record, it is this ____ day of _______________, 2006,

**ORDERED** that the Supplemental Declaration of Tracey B. Puckett and the exhibits attached thereto be and hereby are allowed to supplement the administrative record in this case.

**SO ORDERED**.

_____________________
ERIC G. BRUGGINK
Judge