# In the United States Court of Federal Claims

No. 06-683
(Filed: October 25, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
GENERAL INJECTABLES &
VACCINES, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

MCKESSON SPECIALTY
DISTRIBUTION LLC,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral Argument scheduled for October 27, 2006 is hereby closed to the public. Attendance in the courtroom is limited to those individuals admitted to the protective order issued October 13, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge