# EXHIBIT A

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| D | 1 \| 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 00003 | 10/25/2006 | | |

| 6. ISSUED BY CODE 2538 | 7. ADMINISTERED BY *(If other than Item 6)* CODE 2538 |
|---|---|
| Centers for Disease Control and Prevention (PGO)<br>Acquisition & Assistance Branch B<br>2920 Brandywine Road<br>Atlanta, GA 30341-5539 | Centers for Disease Control and Prevention (PGO)<br>Acquisition & Assistance Branch B<br>2920 Brandywine Road<br>Atlanta, GA 30341-5539 |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (√) | |
|---|---|---|
| **McKesson Specialty Distribution LLC**<br>**One Post Street**<br>**San Francisco, CA 94104** | | 9A. AMENDMENT OF SOLICITATION NO.<br><br>9B. DATED *(See Item 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>200-2006-18246<br>10B. DATED *(See Item 13)*<br>09/08/2006 |
| CODE 877577775 FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.<br>STOP WORK ORDER, FAR CLAUSE 52.242.15 |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [x] is not, [ ] is required to sign this document and return 0 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to issue a STOP WORK ORDER.

In accordance with FAR CLAUSE 52.242.15 Stop-Work Order, McKesson Specialty Distribution LLC is hereby ordered to immediately stop any and all work being performed under the contract. Further, you are hereby instructed to take all reasonable steps to minimize the incurrence of cost allocable to the work covered under this contract.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME OF CONTRACTING OFFICER<br>**Alan Kotch** | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Alan Kotch<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>10/25/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243