**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **GENERAL INJECTABLES & VACCINES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MCKESSON SPECIALTY DISTRIBUTION LLC,**<br><br>**Intervenor** | **Civil Action No. 06-683C**<br>**(Judge Bruggink)**<br><br>**Electronically Filed on October 26, 2006** |

**INTERVENOR'S RESPONSE**
**TO DEFENDANT'S MOTION TO DISMISS**

McKesson Specialty Distribution LLC ("McKesson Specialty") does not oppose the Government's Motion to Dismiss. McKesson Specialty reserves, of course, its legal rights related to the stop work order referenced in Defendant's motion and other matters outside the current proceedings before this Court (e.g. its right to an equitable adjustment in contract price and/or schedule in light of the stop work order).

Dated: October 26, 2006

Respectfully Submitted,

/s/ Donald M. Remy
Donald M. Remy (Counsel of Record)
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-1059
Facsimile: (202) 637-2201
Donald.Remy@lw.com

Attorneys for McKesson Specialty Distribution LLC

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, a copy of Intervenor's Response to Defendant's Motion to Dismiss was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Donald M. Remy
Donald M. Remy