# In the United States Court of Federal Claims

**No. 06-683C**

**GENERAL INJECTABLES & VACCINES, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**MCKESSON SPECIALTY DISTRIBUTION LLC,**
**Intervenor.**

Pursuant to the court's Order, filed October 27, 2006, granting defendant's unopposed motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**January 24, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.